# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01444

THOMAS ALLEN GRAY, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

v.

BIOGEN INC., CHRISTOPHER A. VIEHBACHER, MICHEL VOUNATSOS, and MICHAEL R. MCDONNELL,

     Defendants.

---

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO TRANSFER TO THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. § 1404

---

Before the Court is the Unopposed Motion to Transfer to the District of Massachusetts Pursuant to 28 U.S.C. § 1404 (the "Motion"), which was filed by Defendants.  Because the Parties agree that the case could have been brought in the District of Massachusetts and that the convenience of the parties and witnesses and the interests of justice justify transfer, the Court finds that the Motion should be and hereby is **GRANTED**.

Accordingly, it is hereby **ORDERED** that this case be transferred to the District of Massachusetts, and the clerk is **DIRECTED** to take all necessary steps to facilitate the transfer.

It is further hereby **ORDERED** that the case management deadlines and related deadlines set by the Court pursuant to the Local Civil Rules of the District of Colorado shall be vacated, to be reset by the District of Massachusetts following transfer.

IT IS SO ORDERED.

DATED: _____, 2024

_____
HONORABLE PHILIP A. BRIMMER
UNITED STATES DISTRICT JUDGE

2