IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01444

THOMAS ALLEN GRAY, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

BIOGEN INC., CHRISTOPHER A. VIEHBACHER, MICHEL VOUNATSOS, and MICHAEL R. MCDONNELL,

    Defendants.

---

**DECLARATION OF WENDY PLOTKIN IN SUPPORT OF DEFENDANTS'
UNOPPOSED MOTION TO TRANSFER TO THE DISTRICT OF MASSACHUSETTS
PURSUANT TO 28 U.S.C. § 1404**

---

I, Wendy Plotkin, declare as follows:

1.    I am Litigation Counsel at Biogen Inc. ("Biogen").

2.    I am over the age of eighteen years, and I am competent to testify about the matters set forth in this declaration based upon personal knowledge, my experience working for Biogen, and review of information taken from records kept by Biogen in the regular course of business.  If called as a witness I could and would testify as stated herein.

3.    I have reviewed the complaint filed on May 22, 2024, in this matter ("Complaint") and am familiar with its content.

4.    Biogen has a broad portfolio of products including Skyclarys and Leqembi in collaboration with Eisai Co., Ltd.

5.      Biogen maintains its principal place of business in Cambridge, Massachusetts. Biogen does not maintain any corporate offices in Colorado.

6.      Christopher A. Viehbacher works out of Biogen's corporate headquarters in Cambridge, Massachusetts.

7.      Michael R. McDonnell works out of Biogen's corporate headquarters in Cambridge, Massachusetts.

8.      I understand that from February 3, 2022, through February 13, 2024, while employed by Biogen, Michel Vounatsos worked out of Biogen's corporate headquarters in Cambridge, Massachusetts.  Further, I understand that Mr. Vounatsos currently resides abroad but consents to personal jurisdiction in the District of Massachusetts.

9.      Biogen's annual and quarterly reports on SEC Forms 10-K and 10-Q are generally prepared and issued from Biogen's corporate headquarters in Cambridge, Massachusetts, and I understand this to be true with respect to Biogen's SEC Forms 10-K and 10-Q for the years 2022 through 2024.

10.      I understand that Biogen's 2022 ESG Report and the Comprehensive Compliance Program referenced in paragraphs 52 and 63 of the Complaint, respectively, were published on Biogen's website, which is maintained from Biogen's corporate headquarters in Cambridge, Massachusetts.

11.      In general, Biogen's press releases are issued from Biogen's corporate headquarters in Cambridge, Massachusetts, and I understand this to be true with respect to its press releases issued between 2022 and 2024 referenced in paragraphs 42, 47–48, 51, 57, 60–61, 66, 68, 72, 78 of the Complaint.

3

12.     I understand from consulting business records that many of the Biogen employees who made or prepared statements challenged in the Complaint work in Massachusetts or can travel easily to Massachusetts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:  September 9, 2024                              /s/ *Wendy Plotkin*
                                                     Wendy Plotkin

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Jessica Lewis. By her signature, Ms. Lewis attests that she has obtained concurrence in the filing of this document from the signatory.

/s/ *Jessica Lewis*
Jessica Lewis