JD1,NDISPO,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:24–cv–01444–PAB–KAS

Gray v. Biogen Inc. et al
Assigned to: Chief Judge Philip A. Brimmer
Referred to: Magistrate Judge Kathryn A. Starnella
Cause: 15:78 Securities Exchange Act

Date Filed: 05/22/2024
Date Terminated: 10/21/2024
Jury Demand: Plaintiff
Nature of Suit: 850 Securities, Commodities, Exchange
Jurisdiction: Federal Question

## Plaintiff

**Thomas Allen Gray**
*Individually and on Behalf of All Others*
*Similarly Situated*

represented by **Joseph Alexander Hood , II**
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
212–661–1100
Email: ahood@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Justin David D'Aloia**
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
212–661–1100
Email: jdaloia@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
212–661–1100
Fax: 212–661–8665
Email: jalieberman@pomlaw.com
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Biogen Inc.**

represented by **Jessica L. Lewis**
Wilmer Cutler Pickering Hale and Dorr LLP
One Front Street
Suite 3500
San Francisco, CA 94111
628–235–1160
Email: jessica.lewis@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher A. Viehbacher**                    represented by    **Jessica L. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michel Vounatsos**                             represented by    **Jessica L. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael R. McDonnell**                         represented by    **Jessica L. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Frances Clarity Stokes**                       represented by    **Jeremy Alan Lieberman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin David D'Aloia**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2024 | Ï 1 | COMPLAINT against Biogen Inc., Michael R. McDonnell, Christopher A. Viehbacher, Michel Vounatsos (Filing fee $ 405,Receipt Number ACODC−9698245)Attorney Jeremy Alan Lieberman added to party Thomas Allen Gray(pty:pla), filed by Thomas Allen Gray. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons − Biogen Inc., # 3 Proposed Summons − Christopher A. Viehbacher, # 4 Proposed Summons − Michel Vounatsos, # 5 Proposed Summons − Michael R. McDonnell)(Lieberman, Jeremy) (Entered: 05/22/2024) |
| 05/22/2024 | Ï 2 | Case assigned to Chief Judge Philip A. Brimmer and drawn to Magistrate Judge Kathryn A. Starnella. Text Only Entry. (blaws) (Entered: 05/22/2024) |
| 05/22/2024 | Ï 3 | SUMMONS issued by Clerk. (Attachments: # 1 Magistrate Judge Consent Form) (blaws) (Entered: 05/22/2024) |
| 05/22/2024 | Ï 4 | ORDER REFERRING CASE to Magistrate Judge Kathryn A. Starnella for **non−dispositive matters**. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determinepretrial matters, including discovery and other non−dispositive motions, (4) conduct a pretrial conference and enter a pretrial order, and (5) conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions. Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to |

| | | engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. by Chief Judge Philip A. Brimmer on 5/22/2024. Text Only Entry (pablc6, ) (Entered: 05/22/2024) |
|---|---|---|
| 05/30/2024 | Ï 5 | NOTICE of Entry of Appearance by Joseph Alexander Hood, II on behalf of Thomas Allen GrayAttorney Joseph Alexander Hood, II added to party Thomas Allen Gray(pty:pla) (Hood, Joseph) (Entered: 05/30/2024) |
| 06/03/2024 | Ï 6 | ORDER SETTING SCHEDULING/PLANNING CONFERENCE by Magistrate Judge Kathryn A. Starnella on 3 June 2024. Proposed Scheduling Order due 9/12/2024. Scheduling Conference set for 9/19/2024 09:30 AM in Courtroom C204 before Magistrate Judge Kathryn A. Starnella. (Attachments: # 1 Continuation of Main Document, # 2 Continuation of Main Document, # 3 Continuation of Main Document) (cmadr, ) (Entered: 06/03/2024) |
| 07/22/2024 | Ï 7 | MOTION for Appointment *of Frances Clarity Stokes as Lead Plaintiff*, MOTION to Appoint Counsel by Movant Frances Clarity Stokes. (Attachments: # 1 Proposed Order)(Lieberman, Jeremy) (Entered: 07/22/2024) |
| 07/22/2024 | Ï 8 | DECLARATION of *Jeremy A. Lieberman* regarding MOTION for Appointment *of Frances Clarity Stokes as Lead Plaintiff* MOTION to Appoint Counsel 7 by Movant Frances Clarity Stokes. (Attachments: # 1 Exhibit 1 – Damages Analysis, # 2 Exhibit 2 – Press Release, # 3 Exhibit 3 – Certification and Schedule A, # 4 Exhibit 4 – Movant Declaration, # 5 Exhibit 5 – Firm Resume of Pomerantz LLP, # 6 Exhibit 6 – Firm Resume of Schall Law Firm)(Lieberman, Jeremy) (Entered: 07/22/2024) |
| 07/23/2024 | Ï 9 | MEMORANDUM regarding 7 MOTION for Appointment *of Frances Clarity Stokes as Lead Plaintiff* MOTION to Appoint Counsel filed by Frances Clarity Stokes. Motion referred to Magistrate Judge Kathryn A. Starnella, by Chief Judge Philip A. Brimmer on 7//23/2024. (pabsec, ) (Entered: 07/23/2024) |
| 07/30/2024 | Ï 10 | SUMMONS Returned Executed by Thomas Allen Gray. Biogen Inc. served on 7/25/2024, answer due 8/15/2024. (Lieberman, Jeremy) (Entered: 07/30/2024) |
| 07/30/2024 | Ï 11 | SUMMONS Returned Executed by Thomas Allen Gray. Christopher A. Viehbacher served on 7/25/2024, answer due 8/15/2024. (Lieberman, Jeremy) (Entered: 07/30/2024) |
| 07/30/2024 | Ï 12 | SUMMONS Returned Executed by Thomas Allen Gray. Michel Vounatsos served on 7/25/2024, answer due 8/15/2024. (Lieberman, Jeremy) (Entered: 07/30/2024) |
| 07/30/2024 | Ï 13 | SUMMONS Returned Executed by Thomas Allen Gray. Michael R. McDonnell served on 7/25/2024, answer due 8/15/2024. (Lieberman, Jeremy) (Entered: 07/30/2024) |
| 08/13/2024 | Ï 14 | WAIVER OF SERVICE Returned Executed by Thomas Allen Gray. Biogen Inc. waiver sent on 8/12/2024, answer due 10/11/2024. (Lieberman, Jeremy) (Entered: 08/13/2024) |
| 08/13/2024 | Ï 15 | WAIVER OF SERVICE Returned Executed by Thomas Allen Gray. Christopher A. Viehbacher waiver sent on 8/12/2024, answer due 10/11/2024. (Lieberman, Jeremy) (Entered: 08/13/2024) |
| 08/13/2024 | Ï 16 | WAIVER OF SERVICE Returned Executed by Thomas Allen Gray. Michael R. McDonnell waiver sent on 8/12/2024, answer due 10/11/2024. (Lieberman, Jeremy) (Entered: 08/13/2024) |
| 08/13/2024 | Ï 17 | WAIVER OF SERVICE Returned Executed by Thomas Allen Gray. Michel Vounatsos waiver sent on 8/12/2024, answer due 10/11/2024. (Lieberman, Jeremy) (Entered: 08/13/2024) |
| 08/21/2024 | Ï 18 | NOTICE re 7 MOTION for Appointment *of Frances Clarity Stokes as Lead Plaintiff* MOTION to Appoint Counsel *Notice of Non−Opposition to the Motion of Frances Clarity Stokes for Appointment as Lead Plaintiff and Approval of Counsel* by Movant Frances Clarity Stokes (Lieberman, Jeremy) (Entered: 08/21/2024) |

| | | |
|---|---|---|
| 08/29/2024 | 19 | NOTICE of Entry of Appearance by Justin David D'Aloia on behalf of Thomas Allen Gray, Frances Clarity StokesAttorney Justin David D'Aloia added to party Thomas Allen Gray(pty:pla), Attorney Justin David D'Aloia added to party Frances Clarity Stokes(pty:mov) (D'Aloia, Justin) (Entered: 08/29/2024) |
| 09/03/2024 | 20 | NOTICE of Entry of Appearance by Jessica L. Lewis on behalf of Biogen Inc., Michael R. McDonnell, Christopher A. Viehbacher, Michel VounatsosAttorney Jessica L. Lewis added to party Biogen Inc.(pty:dft), Attorney Jessica L. Lewis added to party Michael R. McDonnell(pty:dft), Attorney Jessica L. Lewis added to party Christopher A. Viehbacher(pty:dft), Attorney Jessica L. Lewis added to party Michel Vounatsos(pty:dft) (Lewis, Jessica) (Entered: 09/03/2024) |
| 09/03/2024 | 21 | Joint MOTION for Order to */Regarding Case Schedule* by Defendants Biogen Inc., Michael R. McDonnell, Christopher A. Viehbacher, Michel Vounatsos. (Attachments: # 1 Proposed Order (PDF Only))(Lewis, Jessica) (Entered: 09/03/2024) |
| 09/03/2024 | 22 | MEMORANDUM regarding 21 Joint MOTION for Order to */Regarding Case Schedule* filed by Michel Vounatsos, Michael R. McDonnell, Christopher A. Viehbacher, Biogen Inc.. Motion referred to Magistrate Judge Kathryn A. Starnella, by Chief Judge Philip A. Brimmer on 9/03/2024. Text Only Entry (pabsec, ) (Entered: 09/03/2024) |
| 09/04/2024 | 23 | Minute ORDER by Magistrate Judge Kathryn A. Starnella on 4 September 2024. IT IS HEREBY ORDERED that the Joint Motion Regarding Case Schedule 21 is GRANTED to the extent that the Scheduling Conference set for September 19, 2024, at 9:30 a.m. is **VACATED and RESET to November 27, 2024, at 9:30 a.m.** in Courtroom C−204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294. The deadline to file a proposed scheduling order is extended to **November 20, 2024.** Should a motion to dismiss be filed, the parties may, of course, renew their request for a stay of discovery and litigation.(cmadr, ) (Entered: 09/05/2024) |
| 09/04/2024 | 24 | ORDER by Magistrate Judge Kathryn A. Starnella on 4 September 2024. IT IS HEREBY ORDERED that the Motion of Frances Clarity Stokes for Appointment as Lead Plaintiff and Approval of Counsel; Memorandum of Points and Authorities in Support 7 is GRANTED. Frances Clarity Stokes is APPOINTED as Lead Plaintiff in this case, and her selection of Pomerantz LLP and The Schall Law Firm as Lead Counsel for the Class is APPROVED.(cmadr, ) (Entered: 09/05/2024) |
| 09/05/2024 | 25 | CORPORATE DISCLOSURE STATEMENT identifying Other Affiliate BlackRock, Inc. for Biogen Inc.. (Lewis, Jessica) (Entered: 09/05/2024) |
| 09/09/2024 | 26 | Unopposed MOTION to Transfer Case *to the District of Massachusetts Pursuant to 28 U.S.C. § 1404* by Defendant Biogen Inc.. (Attachments: # 1 Proposed Order (PDF Only))(Lewis, Jessica) (Entered: 09/09/2024) |
| 09/09/2024 | 27 | DECLARATION of *Wendy Plotkin in Support* regarding Unopposed MOTION to Transfer Case *to the District of Massachusetts Pursuant to 28 U.S.C. § 1404* 26 by Defendants Biogen Inc., Michael R. McDonnell, Christopher A. Viehbacher, Michel Vounatsos. (Lewis, Jessica) (Entered: 09/09/2024) |
| 10/08/2024 | 28 | STIPULATION for Extension of Time to Answer or Respond to the Complaint by Defendants Michel Vounatsos, Christopher A. Viehbacher, Biogen Inc., Michael R. McDonnell. Michel Vounatsos answer due 11/1/2024; Christopher A. Viehbacher answer due 11/1/2024; Biogen Inc. answer due 11/1/2024; Michael R. McDonnell answer due 11/1/2024. (Lewis, Jessica) (Entered: 10/08/2024) |
| 10/21/2024 | 29 | ORDER. The Unopposed Motion to Transfer to the District of Massachusetts Pursuant to 28 U.S.C. § 1404 [Docket No. 26 ] is GRANTED. pursuant to 28 U.S.C. § 1404(a), this action shall be transferred to the United States District Court for the District of Massachusetts, by Chief Judge |

Philip A. Brimmer on 10/21/2024.(angar, ) (Entered: 10/21/2024)