# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANCES CLARITY STOKES and THOMAS ALLEN GRAY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BIOGEN INC., CHRISTOPHER A. VIEHBACHER, MICHEL VOUNATSOS, MICHAEL R. MCDONNELL, and PRIYA SINGHAL, <br> Defendants. | Civil Action No. 1:24-cv-12691 |

## DECLARATION OF JESSICA LEWIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

I, Jessica Lewis, hereby declare under penalty of perjury as follows:

1.      I am a partner with the firm Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Biogen Inc. ("Biogen"), Christopher A. Viehbacher, Michel Vounatsos, Michael R. McDonnell, and Priya Singhal and the above-captioned matter.  I am an attorney licensed to practice in the Commonwealth of Massachusetts.  I am over the age of eighteen and have personal knowledge of, and am competent to testify about, the factual matters asserted herein.  If called as a witness, I could and would competently testify thereto.  I submit this Declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

### Biogen's Annual Reports

2.      Attached as Exhibit 1 (Doc. No. 49-1) is a true and correct copy of an excerpt of Biogen's Form 10-K for the Fiscal Year Ended December 31, 2020, filed with the SEC on February

1

3, 2021, which is quoted at ¶¶ 247, 255, 256, and 368 of Lead Plaintiffs' First Amended Class Action Complaint (the "Complaint").

3.      Attached as Exhibit 2 (Doc. No. 49-2) is a true and correct copy of an excerpt of Biogen's Form 10-K for the Fiscal Year Ended December 31, 2021, filed with the SEC on February 3, 2022, which is quoted at ¶¶ 271 and 272 of the Complaint.

### Biogen's Quarterly Reports and Exhibits Thereto

4.      Attached as Exhibit 3 (Doc. No. 49-3) is a true and correct copy of an excerpt of Biogen's Form 10-Q for the Quarterly Period Ended June 30, 2023, filed with the SEC on July 25, 2023.

5.      Attached as Exhibit 4 (Doc. No. 49-4) is a true and correct copy of an excerpt of Biogen's Form 10-Q for the Quarterly Period Ended September 30, 2023, filed with the SEC on November 8, 2023.

6.      Attached as Exhibit 5 (Doc. No. 49-5) is a true and correct copy of Biogen's Restricted Stock Unit Award Agreement, Granted Under Biogen's 2024 Omnibus Equity Plan, which was attached as Exhibit 10.4 to Biogen's Form 10-Q for the Quarterly Period Ended June 30, 2024, filed with the SEC on August 1, 2024.

### Press Releases

7.      Attached as Exhibit 6 (Doc. No. 49-6) is a true and correct copy of a press release issued by Biogen and Eisai Co., Ltd. ("Eisai") entitled *Eisai and Biogen Announce Detailed Results of Phase II Clinical Study of BAN2401 in Early Alzheimer's Disease at Alzheimer'' Association International Conference (AAIC) 2018*, dated July 25, 2018.  The announcement of topline results for the Phase 2 study is referenced at ¶ 381 of the Complaint.

8.      Attached as Exhibit 7 (Doc No. 49-7) is a true and correct copy of a press release issued by Biogen and Eisai entitled *Eisai Completes Rolling Submission to the U.S. FDA for Biologics License Application of Lecanemab for Early Alzheimer's Disease Under the Accelerated Approval Pathway*, dated May 9, 2022.  Eisai's submission requesting accelerated approval for Leqembi is referenced at ¶ 168 of the Complaint.

9.      Attached as Exhibit 8 (Doc. No. 49-8) is a true and correct copy of a press release issued by Biogen and Eisai entitled *Eisai Presents Full Results of Lecanemab Phase 3 Confirmatory Clarity AD Study for Early Alzheimer's Disease at Clinical Trials on Alzheimer's Disease (CTAD) Conference*, dated November 29, 2022, which is quoted at ¶ 283 of the Complaint.

10.     Attached as Exhibit 9 (Doc. No. 49-9) is a true and correct copy of a press release issued by Eisai entitled *Article Regarding Safety Information of Lecanemab Reported by ScienceInsider*, dated December 23, 2022, which is quoted at ¶ 373 of the Complaint.

11.     Attached as Exhibit 10 (Doc. No. 49-10) is a true and correct copy of a press release issued by Biogen entitled *FDA Approves LEQEMBI (lecanemab-irmb) Under the Accelerated Approval Pathway for the Treatment of Alzheimer's Disease*, dated January 6, 2023, which is quoted at ¶ 285 of the Complaint.

12.     Attached as Exhibit 11 (Doc. No. 49-11) is a true and correct copy of a press release issued by Eisai entitled *Eisai's Commitment to Scientific Evidence and Patient Safety*, dated January 7, 2023, which is quoted at ¶ 288 of the Complaint.

13.     Attached as Exhibit 12 (Doc. No. 49-12) is a true and correct copy of a press release issued by Biogen and Eisai entitled *Eisai Submits Marketing Authorization Application for Lecanemab as Treatment for Early Alzheimer's Disease in Europe*, dated January 10, 2023, which is cited at ¶ 286 of the Complaint.

14.     Attached as Exhibit 13 (Doc. No. 49-13) is a true and correct copy of a press release issued by Biogen and Eisai entitled *FDA Accepts Eisai's Filing of a Supplemental Biologics License Application and Grants Priority Review for Traditional Approval of LEQEMBI (lecanemab-irmb) for the Treatment of Alzheimer's Disease*, dated March 5, 2023, which is cited at ¶ 286 of the Complaint.

15.     Attached as Exhibit 14 (Doc. No. 49-14) is a true and correct copy of a press release issued by Biogen and Eisai entitled *FDA Advisory Committee Votes Unanimously to Confirm the Clinical Benefit of LEQEMBI (lecanemab-irmb) for the Treatment of Alzheimer's Disease*, dated June 9, 2023, which is cited at ¶ 286 of the Complaint.

16.     Attached as Exhibit 15 (Doc. No. 49-15) is a true and correct copy of a press release issued by Biogen and Eisai entitled *FDA Grants Traditional Approval for LEQEMBI (lecanemab-irmb) for the Treatment of Alzheimer's Disease*, dated July 6, 2023, which includes the text of the "black box" warning for Leqmebi referenced at ¶ 180 of the Complaint.

17.     Attached as Exhibit 16 (Doc. No. 49-16) is a true and correct copy of a press release issued by Biogen entitled *Biogen to Realign Resources for Alzheimer's Disease Franchise*, dated January 31, 2024, which is quoted at ¶ 311 of the Complaint.

**Transcripts From Investor Calls and Conferences**

18.     Attached as Exhibit 17 (Doc. No. 49-17) is a true and correct copy of the transcript from Biogen's July 25, 2023 Earnings Call for the Quarterly Period Ended June 30, 2023, which is quoted at ¶¶ 295, 296, 300, and 301 of the Complaint.

19.     Attached as Exhibit 18 (Doc. No. 49-18) is a true and correct copy of an excerpt of the transcript from the September 11, 2023 discussion with Biogen CEO at the Morgan Stanley

21st Annual Global Healthcare Conference, which is quoted at ¶¶ 303, 304, and 382 of the Complaint.

20.    Attached as Exhibit 19 (Doc. No. 49-19) is a true and correct copy of the transcript from Biogen's November 8, 2023 Earnings Call for the Quarterly Period Ended September 30, 2023, which is quoted at ¶¶ 306 and 342 of the Complaint.

21.    Attached as Exhibit 20 (Doc. No. 49-20) is a true and correct copy of the transcript from the January 8, 2024 discussion with Biogen CEO at the JP Morgan Chase 42nd Annual Healthcare Conference, which is quoted at ¶¶ 308 and 322 of the Complaint.

### FDA Documents

22.    Attached as Exhibit 21 (Doc. No. 49-21) is a true and correct copy of a press release issued by the FDA entitled *FDA Converts Novel Alzheimer's Disease Treatment to Traditional Approval*, dated July 6, 2023.  The FDA's announcement of the full approval of Leqembi is referenced at ¶ 180 of the Complaint.

23.    Attached as Exhibit 22 (Doc No. 49-22) is a true and correct copy of the FDA-approved label for Leqembi as of January 6, 2023.

### Stock Price Chart

24.    Attached as Exhibit 23 (Doc. No. 49-23) is a true and correct copy of a chart showing Biogen's stock price from January 1, 2021 through December 31, 2024, generated on January 27, 2024 using Bloomberg Terminal.

### Individual Defendants' SEC Filings

25.    Attached as Exhibit 24 (Doc. No. 49-24) is a document containing true and correct copies of Michel Vountasos' Forms 4, which were filed with the SEC on February 14, 2020,

February 19, 2020, February 17, 2021, and February 22, 2021.  Mr. Vounatsos' trading history as reflected in these public filings is detailed at ¶ 393 of the Complaint.

26.    Attached as Exhibit 25 (Doc. No. 49-25) is a document containing true and correct copies of Priya Singhal's Forms 4, which were filed with the SEC on February 14, 2023, February 22, 2023, March 6, 2023, March 30, 2023, April 6, 2023, July 5, 2023, September 6, 2023, December 12, 2023, February 5, 2024, February 13, 2024, February 21, 2024, and September 5, 2024.  Dr. Singhal's trading history as reflected in these public filings is detailed at ¶ 396 of the Complaint.

27.    Attached as Exhibit 26 (Doc. No. 49-26) is a document containing true and correct copies of Michael McDonnell's Forms 4, which were filed with the SEC on February 22, 2023, September 6, 2023, February 9, 2024, February 13, 2024, and February 21, 2024.  Mr. McDonnell's trading history as reflected in these public filings is detailed at ¶ 395 of the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of February, 2025, in Palo Alto, California.

*/s/ Jessica Lewis*
Jessica Lewis