# EXHIBIT 2

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549
# Form 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2021**

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number: 0-19311**

**Biogen.**

# BIOGEN INC.
*(Exact name of registrant as specified in its charter)*

| **Delaware** | **33-0112644** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

**225 Binney Street, Cambridge, MA 02142**

**(617) 679-2000**

*(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)*

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of Each Class** | **Trading Symbol(s)** | **Name of Each Exchange Where Registered** |
|---|---|---|
| **Common Stock, $0.0005 par value** | **BIIB** | **The Nasdaq Global Select Market** |

**Securities registered pursuant to Section 12(g) of the Act:**

**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. ☒

| | | |
|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company ☐ |
| | | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report.

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of the registrant's common stock held by non-affiliates of the registrant (without admitting that any person whose shares are not included in such calculation is an affiliate) computed by reference to the price at which the common stock was last sold as of the last business day of the registrant's most recently completed second fiscal quarter was $51,264,577,902.

As of February 2, 2022, the registrant had 146,962,793 shares of common stock, $0.0005 par value, outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the definitive proxy statement for our 2022 Annual Meeting of Stockholders are incorporated by reference into Part III of this report.

Table of Contents

**BIOGEN INC.**
**ANNUAL REPORT ON FORM 10-K**
**For the Year Ended December 31, 2021**
**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 1 |
| Item 1A. | Risk Factors | 37 |
| Item 1B. | Unresolved Staff Comments | 51 |
| Item 2. | Properties | 52 |
| Item 3. | Legal Proceedings | 52 |
| Item 4. | Mine Safety Disclosures | 53 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 54 |
| Item 6. | Reserved | 56 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 56 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 87 |
| Item 8. | Financial Statements and Supplementary Data | 88 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 89 |
| Item 9A. | Controls and Procedures | 89 |
| Item 9B. | Other Information | 90 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 90 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 91 |
| Item 11. | Executive Compensation | 91 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 91 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 91 |
| Item 14. | Principal Accountant Fees and Services | 91 |
| **PART IV** | | |
| Item 15. | Exhibits and Financial Statement Schedules | 92 |
| Item 16. | Form 10-K Summary | 92 |
| Signatures | | 96 |
| Consolidated Financial Statements | | F- 1 |

Table of Contents

## Competition

Competition in the biopharmaceutical industry is intense. There are many companies, including biotechnology and pharmaceutical companies, engaged in developing products for the indications our approved products are approved to treat and the therapeutic areas we are targeting with our research and development activities. Some of our competitors may have substantially greater financial, marketing, research and development and other resources than we do.

We believe that competition and leadership in the industry is based on managerial and technological excellence and innovation as well as establishing patent and other proprietary positions through research and development. The achievement of a leadership position also depends largely upon our ability to maximize the approval, acceptance and use of our product candidates and the availability of adequate financial resources to fund facilities, equipment, personnel, clinical testing, manufacturing and marketing. Another key aspect of remaining competitive in the industry is recruiting and retaining leading scientists and technicians to conduct our research activities and advance our development programs, including with the commercial expertise to effectively market our products.

Competition among products approved for sale may be based, among other things, on patent position, product efficacy, safety, patient convenience, delivery devices, reliability, availability, reimbursement and price. In addition, early entry of a new pharmaceutical product into the market may have important advantages in gaining product acceptance and market share. Accordingly, the relative speed with which we can develop products, complete the testing and approval process and supply commercial quantities of products will have a significant impact on our competitive position.

The introduction of new products or technologies, including the development of new processes or technologies by competitors or new information about existing products or technologies, results in increased competition for our marketed products and pricing pressure on our marketed products. The development of new or improved treatment options or standards of care or cures for the diseases our products treat reduces and could eliminate the use of our products or may limit the utility and application of ongoing clinical trials for our product candidates.

In addition, the commercialization of certain of our own approved products, products of our collaborators and pipeline product candidates may negatively impact future sales of our existing products.

We also face increased competitive pressures from the introduction of generic versions, prodrugs and biosimilars of existing products and products approved under abbreviated regulatory pathways. Such products are likely to be sold at substantially lower prices than branded products, which may significantly reduce both the price that we are able to charge for our products and the volume of products we sell. In addition, in some markets, when a generic or biosimilar version of one of our products is commercialized, it may be automatically substituted for our product and significantly reduce our revenue in a short period of time.

We believe our long-term competitive position depends upon our success in discovering and developing innovative, cost-effective products that serve unmet medical needs, along with our ability to manufacture products efficiently and to launch and market them effectively in a highly competitive environment.

Additional information about the competition that our marketed products face is set forth below and in *Item 1A. Risk Factors* included in this report.

### *Multiple Sclerosis*

TECFIDERA, AVONEX, PLEGRIDY, TYSABRI and VUMERITY each compete with one or more of the following branded products as well as generic and biosimilar versions of these products:

| Competing Product | Competitor |
|---|---|
| AUBAGIO (teriflunomide) | Sanofi Genzyme |
| BETASERON/BETAFERON (interferon-beta-1b) | Bayer Group |
| COPAXONE (glatiramer acetate) | Teva Pharmaceuticals Industries Ltd. |
| EXTAVIA (interferon-beta-1b) | Novartis AG |
| GILENYA (fingolimod) | Novartis AG |
| GLATOPA (glatiramer acetate) | Sandoz, a division of Novartis AG |
| LEMTRADA (alemtuzumab) | Sanofi Genzyme |
| MAVENCLAD (cladribine) | EMD Serono |
| MAYZENT (siponimod) | Novartis AG |
| OCREVUS (ocrelizumab) | Genentech |
| PONVORY (ponesimod) | Janssen Pharmaceutical Companies of Johnson & Johnson |
| REBIF (interferon-beta-1) | EMD Serono |
| ZEPOSIA (ozanimod) | BMS |
| BAFIERTAM (monomethyl fumarate) | Banner Life Sciences |
| KESIMPTA (ofatumumab) | Novartis AG |

Multiple TECFIDERA generic entrants are now in the U.S. market and have deeply discounted prices compared to TECFIDERA. The generic competition for TECFIDERA has significantly reduced our TECFIDERA revenue and is expected to continue to have a substantial and increasing negative impact on our U.S. TECFIDERA revenue in the future.

Table of Contents

We institute measures, such as communications and trainings, to recognize, interrupt and prevent bias in hiring, performance management and compensation decisions and we provide resources to further develop managers and leaders to help them make equitable decisions about pay.

*Talent and Development*

Our employees are encouraged to take advantage of an array of professional development resources. Managers coach employees for performance, and also engage in employee development discussions to support growth and learning.

We provide our employees access to over 17,000 on-demand learning modules in English, French, German, Spanish, Japanese, Portuguese and Mandarin. Additionally, we have a wide selection of courses and trainings that are offered through Biogen University, our global validated learning management system.

To create and sustain a workplace as diverse and inclusive as the patients we serve, we offer programs that invest in our talent pipeline and in our current leaders, including:

•Activate, Reflect and Co-Create: Preparing top talent for the rigors of executive roles.

•Women's Leadership Program: Addressing the unique challenges faced by female leaders to increase influence and impact.

•Executive Leadership Retreat: Immersing leaders in topics designed to help them shape culture and build resilience.

•The Partnership, Inc's BioDiversity Fellows Program: To continue to bolster our talent pipeline with a diverse mix of leaders, high potential, mid-career, underrepresented minorities participate in this program, which we helped create.

Our Employee Resource Networks (ERNs) provide invaluable opportunities for employees to share knowledge and build connections. Our current ERNs include:

•IGNITE: Brings together early-career professionals and their advocates.

•AccessAbility: Supports employees with disabilities and employees who are caretakers of individuals with disabilities.

•Biogen Veterans Network: Encourages veterans and allies of veterans to connect and support one another.

•Mosaic: Fosters awareness and appreciation of different cultural backgrounds, in addition

to promoting networking and development opportunities for members.

•ReachOUT: Supports a best-in-class working environment for LGBTQ employees and embraces all LGBTQ employees and their allies.

•Women's Innovation Network: Creates networking, mentoring and learning opportunities for women and allies worldwide.

•ourIMPACT: Advances climate, health and equity at work, in employees' personal lives and in the communities where we live and work.

Creating a culture where all colleagues feel supported and valued is paramount to our corporate mission. The ongoing COVID-19 pandemic has led to unique challenges, and we are striving to ensure the health, safety and general well-being of our employees. We continue to evolve our programs to meet our employees' health and wellness needs, which we believe is essential to attract and retain employees of the highest caliber. For example, we have refreshed our flexible working arrangement policies to allow for more flexibility around work hours to help employees balance the demands of their work and home lives, shifted many of our on-site wellness services to virtual, including virtual behavior health, nutrition, fitness and overall well-being classes and counseling, rolled out the Headspace meditation app globally at no cost, provided workshops and programming to help employees cope with stress, isolation and building resilience, along with financial planning workshops and counseling sessions, expanded our child- and back-up care services to meet the growing childcare needs of our employees and provided additional holidays and time off for recharging, voting and volunteering.

*Employee surveys*

We utilize an employee survey program to pulse employees through email and mobile apps as well as provide an opportunity for commentary and facilitate feedback to questions. The survey is designed to empower managers and leaders with anonymous information on their practices related to building culture, performance and an engaged workforce, allowing them to create plans and measure efficacy for continuous improvement. We care deeply about employee feedback and are building an analytics community across Human Resources to bring more rigor and sophistication to the collection and analysis of employee opinions. We use their perspectives to guide us to take actions that improve engagement and support and help maintain our reputation as a great place to work for all of our employees.

*Succession planning*

31

Ta
ble of Contents

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**BIOGEN INC.**

By:  /S/ MICHEL VOUNATSOS

Michel Vounatsos

Chief Executive Officer

Date: February 3, 2022

96

Table of Contents

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Name | Capacity | Date |
|---|---|---|
| /S/ MICHEL VOUNATSOS<br>Michel Vounatsos | Director and Chief Executive Officer (principal executive officer) | February 3, 2022 |
| /S/ MICHAEL R. MCDONNELL<br>Michael R. McDonnell | Executive Vice President and Chief Financial Officer (principal financial officer) | February 3, 2022 |
| /S/ ROBIN C. KRAMER<br>Robin C. Kramer | Senior Vice President, Chief Accounting Officer (principal accounting officer) | February 3, 2022 |
| /S/ STELIOS PAPADOPOULOS<br>Stelios Papadopoulos | Director and Chairman of the Board of Directors | February 3, 2022 |
| /S/ ALEXANDER J. DENNER<br>Alexander J. Denner | Director | February 3, 2022 |
| /S/ CAROLINE D. DORSA<br>Caroline D. Dorsa | Director | February 3, 2022 |
| /S/ MARIA C. FREIRE<br>Maria C. Freire | Director | February 3, 2022 |
| /S/ WILLIAM A. HAWKINS<br>William A. Hawkins | Director | February 3, 2022 |
| /S/ WILLIAM D. JONES<br>William D. Jones | Director | February 3, 2022 |
| /S/ NANCY L. LEAMING<br>Nancy L. Leaming | Director | February 3, 2022 |
| /S/ JESUS B. MANTAS<br>Jesus B. Mantas | Director | February 3, 2022 |
| /S/ RICHARD C. MULLIGAN<br>Richard C. Mulligan | Director | February 3, 2022 |
| /S/ BRIAN S. POSNER<br>Brian S. Posner | Director | February 3, 2022 |
| /S/ ERIC K. ROWINSKY<br>Eric K. Rowinsky | Director | February 3, 2022 |
| /S/ STEPHEN A. SHERWIN<br>Stephen A. Sherwin | Director | February 3, 2022 |