# EXHIBIT 3

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# Form 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2023**

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 0-19311**



# BIOGEN INC.
*(Exact name of registrant as specified in its charter)*

| **Delaware** | **33-0112644** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

**225 Binney Street, Cambridge, MA 02142**
**(617) 679-2000**

*(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)*

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, $0.0005 par value** | **BIIB** | **The Nasdaq Global Select Market** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days:   Yes  x   No  o

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files):   Yes  x   No  o

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act:

| | | | |
|---|---|---|---|
| Large accelerated filer | x | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. o

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes  ☐   No  x

The number of shares of the issuer's Common Stock, $0.0005 par value, outstanding as of July 24, 2023, was 144,823,335 shares.

**BIOGEN INC.**
**FORM 10-Q — Quarterly Report**
**For the Quarterly Period Ended June 30, 2023**

# TABLE OF CONTENTS

| | | Page |
|---|---|---|
| **PART I — FINANCIAL INFORMATION** | | |
| Item 1. | Financial Statements (unaudited) | |
| | Condensed Consolidated Statements of Income — For the Three and Six Months Ended June 30, 2023 and 2022 | 7 |
| | Condensed Consolidated Statements of Comprehensive Income — For the Three and Six Months Ended June 30, 2023 and 2022 | 8 |
| | Condensed Consolidated Balance Sheets — As of June 30, 2023 and December 31, 2022 | 9 |
| | Condensed Consolidated Statements of Cash Flow — For the Six Months Ended June 30, 2023 and 2022 | 10 |
| | Condensed Consolidated Statements of Equity — For the Three and Six Months Ended June 30, 2023 and 2022 | 11 |
| | Notes to Condensed Consolidated Financial Statements | 15 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 48 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 72 |
| Item 4. | Controls and Procedures | 74 |
| **PART II — OTHER INFORMATION** | | |
| Item 1. | Legal Proceedings | 75 |
| Item 1A. | Risk Factors | 75 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 90 |
| Item 5. | Other Information | 90 |
| Item 6. | Exhibits | 91 |
| Signatures | | 92 |

## PART II OTHER INFORMATION

# ITEM 1.   LEGAL PROCEEDINGS

For a discussion of legal proceedings as of June 30, 2023, please read *Note 18, Litigation,* to our condensed consolidated financial statements included in this report, which is incorporated into this item by reference.

# ITEM 1A.   RISK FACTORS

## Risks Related to Our Business

### *We are substantially dependent on revenue from our products.*

Our revenue depends upon continued sales of our products as well as the financial rights we have in our anti-CD20 therapeutic programs. A significant portion of our revenue is concentrated on sales of our products in increasingly competitive markets. Any of the following negative developments relating to any of our products or any of our anti-CD20 therapeutic programs may adversely affect our revenue and results of operations or could cause a decline in our stock price:

- the introduction, greater acceptance or more favorable reimbursement of competing products, including new originator therapies, generics, prodrugs and biosimilars of existing products and products approved under abbreviated regulatory pathways;

- safety or efficacy issues;

- limitations and additional pressures on product pricing or price increases, including those resulting from governmental or regulatory requirements; increased competition, including from generic or biosimilar versions of our products; or changes in, or implementation of, reimbursement policies and practices of payors and other third-parties;

- adverse legal, administrative, regulatory or legislative developments;

- our ability to maintain a positive reputation among patients, healthcare providers and others, which may be impacted by our pricing and reimbursement decisions; or

- the inability or reluctance of patients to receive a diagnosis, prescription or administration of our products or a decision to prescribe and administer competitive therapies as a direct or indirect result of the COVID-19 pandemic.

LEQEMBI is in the early stages of commercial launch in the U.S. In addition to risks associated with new product launches and the other factors described in these Risk Factors, Biogen's and Eisai's ability to successfully commercialize LEQEMBI may be adversely affected due to:

- Eisai's ability to obtain and maintain adequate reimbursement for LEQEMBI;

- the effectiveness of Eisai's and Biogen's commercial strategy for marketing LEQEMBI;

- requirements such as participation in a registry and the use of imaging or other diagnostics;

- the approval of other new products for the same or similar indications; and

- Eisai's and Biogen's ability to maintain a positive reputation among patients, healthcare providers and others in the Alzheimer's disease community, which may be impacted by pricing and reimbursement decisions relating to LEQEMBI, which are made by Eisai.

### *Our long-term success depends upon the successful development of new products and additional indications for our existing products.*

Our long-term success will depend upon the successful development of new products from our research and development activities or our licenses or acquisitions from third-parties, as well as additional indications for our existing products.

Product development is very expensive and involves a high degree of uncertainty and risk and may not be successful. Only a small number of research and development programs result in the commercialization of a product. It is difficult to predict the success and the time and cost of product development of novel approaches for the treatment of diseases. The development of novel approaches for the treatment of diseases, including development efforts in new modalities such as those based on the antisense oligonucleotide platform and gene therapy, may present

75

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

BIOGEN INC.

/s/    Michael R. McDonnell

Michael R. McDonnell
Chief Financial Officer
(principal financial officer)

July 25, 2023

92