# EXHIBIT 9

News Release



No. 22-92

December 23, 2022
Eisai Co., Ltd.

## ARTICLE REGARDING SAFETY INFORMATION OF LECANEMAB REPORTED BY SCIENCEINSIDER

On December 21, SCIENCEINSIDER published an article on the safety of lecanemab, "Scientists tie third clinical trial death to experimental Alzheimer's drug".

The well-being of all the patients enrolled in our clinical studies is always Eisai's top priority. We take seriously our responsibility to protect the privacy of patients who contribute to medical science by participating in our studies; therefore, outside of scientific papers in peer-reviewed journals or scientific conferences, it would be inappropriate to provide additional information about specific patients or comment on information that was provided by other sources, especially those who may not have all the information necessary to make an accurate conclusion.

Eisai is thorough and proactive in collecting all available safety information about serious adverse events as quickly as possible. This would include working with the investigator to obtain any medical records in their possession. All serious events, including fatalities, are reported to Eisai and considered in our evaluation of the study. This information is provided to the FDA and other regulatory authorities consistent with their requirements and guidelines. Eisai promptly communicates important safety information to regulatory agencies, sites, investigators and patients through a variety of appropriate mechanisms, including investigator communications, Independent Review Board (IRB) communications, and Informed Consent Form (ICF) revisions. This case has also been appropriately reported to the FDA and other regulatory authorities.

Eisai remains committed to the transparent disclosure of information regarding the safety and efficacy of lecanemab.

Media Inquiries:
Public Relations Department,
Eisai Co., Ltd.
+81-(0)3-3817-5120

Eisai Co., Ltd.

