# EXHIBIT 17

**NewsRoom**

7/25/23 FD (Fair Disclosure) Wire 11:00:00

FD (Fair Disclosure) Wire
Copyright (c) 2023 Refinitiv, an LSEG business, and VIQ Media Transcription, Inc.

July 25, 2023

Q2 2023 Biogen Inc Earnings Call - Final

Presentation

OPERATOR: Good morning. My name is Ruth, and I will be your conference operator today. At this time, I would like to welcome everyone to the Biogen's Second Quarter 2023 Earnings Call and Business Update. (Operator Instructions) Today's conference is being recorded.

At this time, I would now like to turn the conference over to Mr. Chuck Triano, Head of Investor Relations. Mr. Triano, you may begin your conference.

CHARLES E. TRIANO, SENIOR VP & HEAD OF IR, BIOGEN INC.: Thank you, operator. Good morning, and welcome to Biogen's Second Quarter 2023 Earnings Call. Before we begin, I encourage everyone to go through the Investors section of biogen.com to find the earnings release and related financial tables, including our GAAP financial measures and a reconciliation of the GAAP to non-GAAP financial measures that we will discuss today. Our GAAP financials are provided in Tables 1 and 2, and Table 4 includes a reconciliation of our GAAP to non-GAAP financial results. We believe non-GAAP financial results better represent the ongoing economics of our business and reflect how we manage the business internally. We have also posted slides on our website that will follow the discussion related to this call.

I would like to point out that we will be making forward-looking statements, which are based on our expectation. These statements are subject to certain risks and uncertainties, and our actual results may differ materially. I encourage you to consult the risk factors discussed in our SEC filings for additional detail.

On today's call, I'm joined by our President and Chief Executive Officer, Chris Viehbacher, Dr. Priya Singhal, Head of Development; and our CFO, Mike McDonnell. Chris, Priya and Mike will each make some opening comments, and then we'll move to the Q&A session. To allow us to get through as many questions as possible, we kindly ask that you limit yourself to 1 question.

I will now turn the call over to Chris.

CHRISTOPHER A. VIEHBACHER, PRESIDENT, CEO & DIRECTOR, BIOGEN INC.: Thank you, Chuck. Good morning, everybody.

I'd like to start off with LEQEMBI. And I think before we really get into all the interesting details of commercialization and competitiveness, I just like to pause for a moment. This is an historic moment in health care history. We're talking about the very first disease-modifying treatment that's been approved, full -- has received full approval from the FDA and reimbursement

from CMS. And there have been literally dozens of medicines that have failed before this drug ever got to market. And that's important for a couple of reasons.

The first is that, there's an awful lot we still don't know. We are really at the beginning of a journey to really understand Alzheimer's disease and how we can affect this disease. But it's also going to have a big impact on the practice of medicine. Physicians haven't been able to really help patients very much beyond perhaps prescribing donepezil or products like that. And the treatment that we are proposing here really is going to change an awful lot of how physicians practice and treat these patients. So as we start thinking about intent to prescribe and how physicians are looking at things, we're actually not going to know that until we actually get out there in the marketplace and see how patients respond. ADUHELM did get approved, but as you all know, it never really got out of the blocks and never really got launched. So this is really a first. And whenever you're first, we're going to be discovering an awful lot. And a lot of this is just not that predictable.

I would, again, just call out kudos to our colleagues at Eisai. Within a very short period of time, you were able to get regulatory filings in the EU, Japan, China, Canada, Great Britain and South Korea. So this is going to be truly a global launch.

Now we just had the AAIC last week, Priya will cover off a little bit more about that. But one of the things that has become obvious is when we start looking at donanemab and lecanemab. These are 2 very different products. And I don't think most people have actually really looked at that. Most people are looking at, okay, we've got an A-beta antibody and we're removing plaques. But there's a whole lot more to the story. And this is going to evolve over the next months and years. This is a -- these are different products. They have different mechanisms because they have different binding. They've been studied in different populations. They've been studied with different clinical study design approaches. And of course, they have a very different safety profile. And all of these differences are going to play out in the marketplace over the coming months and years. And it will be interesting to see how that is, but I would just caution everybody as we get into this and you see all of the data, there's an awful lot of subtlety to this, and it's going to be quite interesting from a commercial point of view.

The launch is underway in the U.S. We did get full approval earlier this month and CMS approval, that has significance also for others. This is going to encourage a lot of other companies to be investing in research and blood diagnostics. It's also, as you know, going to be an unusual launch. There's an awful lot that has to be done. We're going to have patient navigators to help navigate the process to understand how treatment will occur, getting reimbursement. We will be working with physician offices, an awful lot of change that will have to occur in the practice -- in their practices on a day-to-day basis. There's an awful lot of education around safety, making sure that the right patients are in place. We have reached out to about 700 centers to date. We're also getting reimbursement beyond CMS. We have Medicaid, for example, in 48 out of the 50 states so far. And we have had very good response from commercial insurers.

So I think the launch of LEQEMBI is off to a very good start, and we'll, of course, keep you up to date as we get further information.

I'll move on to another slide here. One of the things that we've been doing an awful lot in the past months is really making sure that we are well positioned for growth. And as we looked at the company, there's where we were. As you know, today, we have a relatively mature product profile. Generally, when you have a mature product profile, you'd expect the level of investment to go down. We have actually relatively high operating expenses when we benchmark versus other companies. Part of that is an overinvestment in legacy products, but we also have an extremely centralized governance. We've got many organizational levels. We have a low span of control. On average, we have a span of control of 3 and then as we look at the R&D pipeline, we've had 5 different heads of R&D in 10 years. And that's not good for an R&D organization. And as a result, we ended up with some products that I think were relatively high risk and high cost and not necessarily of the highest value. So we've been through an extensive project to really review those R&D programs.

And as we looked at where do we want to be? Well, we want to be making more value-based decisions for existing products. We don't want to just remove the promotional effort tightly. Biogen is still 25% market share in multiple sclerosis. We have

the highest market share by a considerable margin. And so there is -- there are an awful lot of patients who depend on Biogen products. But I think we can do that smarter. There's a need, obviously, to have strong investment in our new product launches. It's important clearly to manage costs, but shareholder value will be most optimized if we can really make a success with these launches. We need to get decision-making closer to customers. We want greater agility in the organization and we want to focus on high-value projects in R&D.

External growth will really give us the opportunity to diversify away from rare diseases -- diversify into rare diseases, immunology and neuropsychiatry. So we did this redesign effort. What we did was a bottom-up exercise to look at where do we need to be as a company [who will be] successfully launching new products, what kind of internal governance mechanisms do we want? What kind of metrics do we want? What kind of accountability? And so there's been, as I say, a complete redesign of Biogen and that will lead some cost savings. There are gross cost savings, which will be about $1 billion in annualized savings per year. Of that, we expect to invest at least $300 million in growth opportunities going forward. So this is an opportunity really to make sure in this year before we get into the product launches that we were truly fit for growth.

And with that, I'll turn it over to Priya.

PRIYA SINGHAL, EXECUTIVE VP AND HEAD OF DEVELOPMENT & INTERIM HEAD OF RESEARCH, BIOGEN INC.: Thank you, Chris. We believe that the traditional approval of LEQEMBI is a significant milestone for the Alzheimer's field. We also recognize that the pursuit of effective therapies for Alzheimer's is far from over. Biogen and Eisai are continuing to generate data on LEQEMBI across the Alzheimer's disease continuum. Amyloid pathology can begin years before the onset of symptoms. There is the potential to maximize therapeutic effect of LEQEMBI by treating earlier to delay or even prevent the onset of Alzheimer's. Eisai and Biogen initiated the AHEAD 3-45 Trial in 2020 to evaluate this approach. This consists of 2 sister trials in cognitively unimpaired individuals aged 55 to 80 with intermediate or elevated levels of amyloid on PET screening and they will be evaluated over 48 months.

With the approval of LEQEMBI in the U.S., we also modified our protocol for the AHEAD Trial to allow for open-label LEQEMBI rescue should patients progress to early AD, while being enrolled in the trial. We believe the clinical profile of LEQEMBI is uniquely suited for the early intervention approach, with robust plaque clearance, low incidence of ARIA and optionality of longer duration treatment to potentially maximize clinical benefit. We are working to improve and simplify the patient journey for LEQEMBI in early AD.

We have 2 areas of focus: a subcutaneous formulation where the auto-injector to potentially enable at-home administration is underway. Eisai recently presented modeling data at AAIC, suggesting that subcutaneous lecanemab for Biosimilar exposure and amyloid plaque reduction and biweekly IV formulation but with a potential for lower incidence of ARIA. Regulatory filing is expected by the end of Q1 2024. Second is maintenance dosing, evaluating less frequent maintenance dosing in the Phase II open-label extension. Regulatory filing is also expected by the end of Q1 2024. We are also continuing to analyze the Clarity AD data where we have observed consistent reductions in both amyloid and tau PET and improved clinical outcomes as we aim to better inform treatment decisions for patients.

Clarity AD study did not use baseline tau PET as an exclusion criteria and enrolled a broad population of early AD patients with varying degrees of tau pathology at baseline. This important aspect of the Clarity AD study allowed the generation of data on individuals with low tau burdens that has not been collected in other Phase III programs. At AAIC, Eisai presented baseline characteristics and a new analysis containing the initial results from the tau PET sub-study of Clarity AD.

In this analysis, individuals enrolled in the tau PET sub-study were categorized into high, medium and low groups based upon tau burden measured at baseline. Lecanemab administration showed a clinical effect in the overall population of the tau PET sub-study and notably a large effect size was also observed in the low tau population defined in this analysis, which does represent the early phase of AD. We believe this data further supports the clinical benefit observed with LEQEMBI in the broad early AD population and again emphasizes the importance of treating patients early.

beta amyloid class efficacy and safety profiles? And can you maybe expand a little bit more on your latest views on how you expect the competitive dynamics to play out in the space and the impact to your overall launch strategy?

CHRISTOPHER A. VIEHBACHER: Thanks for the question, Brian. This is going to be super interesting from a commercial point of view because there are an awful lot of different factors at play here. I think as I said, the markets are sort of thinking there's 2 A-beta antibodies here, and they remove plaque and that's it. And the story is actually a whole lot more complex.

First, I would say these are 2 products with -- that really go after the problem in a different way. And I think one of the most interesting things that's going to come out of this are the soluble protofibrils. These are the most neurotoxic forms of A-beta. And lecanemab goes after those whereas donanemab doesn't. And these are the soluble forms. And I think that will actually play a factor in our view, which is that this is going to be more of a chronic disease that you can remove the plaque, but the soluble forms and this is judged by what we're seeing in some of the biomarkers could actually still continue to play a role, which is why our belief is that we will need maintenance therapy over time.

But there's also a difference in how these patients were studied. First, much different patient populations. Lecanemab was studied actually in an earlier patient population, roughly 2/3 were in MCI and 1/3 in mild. And donanemab was the reverse. And this is important because there's different rates of progression amongst these patients. And so actually -- and when Priya talked about these low tau, which have no overlap with the low tau -- low to medium tau that donanemab study, these are patients that would really progress quite slowly. So to actually see an effect like that, I think, really speaks to the efficacy of this product.

Then there's also all the different end points. Lilly measured their primary endpoint on a Lilly designed end point. Lecanemab used the gold standard, which is the CDR-Sum of Boxes. But when you start looking at activities of daily life, you start to see differences and there are some other markers where we think we can demonstrate where efficacy is going to be. And then, of course, safety will be a big issue. When the most neurologists, if they've seen ARIA before, it's been pretty rare. I mean we do know that ARIA can occur even in the placebo group, but it's not something that'll have seen very often. And so this is going to be a different thing for them first to think about monitoring for safety with the MRIs. But it's one thing to be at a conference and look at safety from a data point of view. It's another thing I think to actually be looking at MRIs and seeing ARIA. And I think the safety benefit of lecanemab will be quite important to physicians as we go forward.

So there are a number of dimensions here that I think will be developed over time. There's going to be all the different blood diagnostics that come along. Personally, my belief is that we're going to be seeing treatment progressively over the years in earlier patients before too much neuronal death has occurred. And of course, that's where LEQEMBI's benefit will arise where they have already studied much more of these patients. Generally, I would say Lilly has been focused on looking at subpopulations and trying to say, okay, in this subpopulation, we've got this result, in that subpopulation. But when physicians are dealing with patients in their practice, they don't want to deal with the subpopulation. They want to have a medicine that actually has broad coverage. And I think that's where LEQEMBI will also demonstrate its benefits.

So it's going to be quite interesting. There's lots of data here to pour over that's come out of the AAIC and a lot of that will just become much more tangible over the coming months and years.

OPERATOR: Our next question comes from the line of Marc Goodman with Leerink Partners.

MARC HAROLD GOODMAN, SENIOR MD OF NEUROSCIENCE & SENIOR RESEARCH ANALYST, SVB SECURITIES LLC, RESEARCH DIVISION: Mike, just to make sure we're all aligned here with the numbers and the cost savings. So OpEx, $4.5 billion for 2023. So we should be thinking $3.8 billion in 2025? And then how do we get there with respect to SG&A and R&D? Is this -- are they about even? I mean, is R&D going to move below the $2 billion line? Just help us give us a sense of that and maybe just as you talk about the P&L. Just comment on -- do you expect gross margins to be higher or lower in kind of those years? Just to help us think about how the P&L is going to look?

MICHAEL R. MCDONNELL: Yes, Marc, thanks for the question. So your math is correct. Our goal would be to achieve a full run rate of the $700 million net savings in 2025. So on an OpEx base of $4.5 billion, that would take it to the neighborhood of about $3.8 billion. The savings will be both in SG&A and R&D. We've already done quite a bit in R&D, as we talked about, that will yield a lot of savings with our prioritization program, but we'll also be looking at ways of conducting our clinical trials, our existing trials more efficiently.

So the overall savings will be a mix. We're not providing full granularity on whether R&D will be plus or minus the $2 billion number that you threw out, but I would estimate that the savings from here would be probably a little more weighted to the SG&A line and a little less to R&D, but ultimately, the savings will come from both sides.

The gross margin, that's a trend that we expect will continue at least for the near term. And when you look at the product mix, we obviously have the continuing declines in the -- some of the MS products, which are on the higher margin side and then you have contract manufacturing that's really growing quite a bit year-on-year. So we do expect to see our cost of sales as a percentage of revenue, at least for the near term to be a bit lower than what we've -- or I should say, the cost of sales percentage would be higher, the gross margin would be lower than what we've seen in the past.

And then over time, as LEQEMBI becomes profitable and ramps up, we should hopefully see some recovery up on the gross margin line.

OPERATOR: Our next question comes from the line of Robyn Karnauskas with Truist.

ROBYN KAY SHELTON KARNAUSKAS, RESEARCH ANALYST, TRUIST SECURITIES, INC., RESEARCH DIVISION: I guess -- I would just be curious, initially, as you're talking to doctors about if there's a difference between the academic and the community setting and interest in using drug and coordinating that. Can you give us more details as to how laborious and how easy the CMS registry now that it's up and running is and what questions they're asking?

CHRISTOPHER A. VIEHBACHER: I think first on the registry, all the feedback is this is manageable. I think everybody would prefer not to have a registry, but personally been on it, there's drop-down menus. Most of the data are available from the medical record. So we think that, that part should be okay.

There's some bumpiness around the PET scan reimbursement that should be clarified in the next 90 days. But I think where we are now, the one PET scan that is included should not be a barrier. I think there's just -- the mechanics actually of seeing patients that will change. There's going to be a need to do more of the cognitive testing, getting the PET scan or the lumbar puncture, figuring out where to go with the infusion centers and then getting the MRIs. There will be a routine that will develop in offices. But to start with, nobody is doing that right now, really. I mean, we obviously have some centers that have been able to start infusing LEQEMBI during the period before full traditional approval. But if we look at the masses, everybody is having to gear up for this.

I think one of the other things that I would say is there's been so much disappointment in this field over the years. A lot of hope, but a lot of these medicines didn't play out. And so I think there's been an awful lot of wait and see amongst the some of the medical community, are we really going to get full approval? Are we really going to get CMS approval?

So I think now that is in place, which is, as I said before, I think is a really seminal moment in health care. We'll see the practicality for this. And we've always said that this is going to be a relatively measured uptake on revenue. I will say that the whole field organization is geared up for this. This is a much more complex field organization than what you would have with a typical launch with the care navigators, with MSLs, with field reps, with regional thought leader professionals. So there are going to be a lot of people actually holding hands with patients, with physician practices, trying to help make sure that this is as seamless as possible. And -- but it is not clearly as simple as just prescribing a pill and going down to your local pharmacy.

CHRISTOPHER A. VIEHBACHER: I missed part of that sentence out, does that mean on the BD that we would not do something I couldn't -- I didn't. Could you repeat the question?

AMI FADIA: Sure. Does it mean that you would not do a deal? Yes, that you would not do a deal that is a significant heavy lift from an R&D perspective over the next couple of years?

CHRISTOPHER A. VIEHBACHER: Well, I think we have enough heavy lifting from R&D to be honest. So I'm certainly looking at things that I think -- to me, it's less around the expenditure as how much risk you're taking. What I find hard is when we have a multiyear, 5-year type Phase III study that's essentially a proof of concept. That's, I think, what we're really trying to move away from.

Now what I would say though is we are clearly benchmarking. And I really want us to be rigorous on G&A. I want us to be competitive on the sales and marketing. On R&D, I want us to be super disciplined on capital. But I would say all the benchmarking we've done is that Biogen has actually been better than average on productivity. And I do believe greatly in a lot of the capability within Biogen. And so I do think if there are things that really make sense, I actually have higher degree of trust in our R&D organization that -- I think that we should continue to invest in R&D.

The really important thing is that you really -- the secret about R&D is you have to design a killer experiment, define what the criteria are for moving into the next stage and don't allocate capital unless you really meet those data. The problem in a lot of organizations is we fall in love with something. The data aren't quite clear, but we'll go and keep going because we have it. And I think the discipline to kill stuff that doesn't meet its milestones is something that is probably more important than anything else to managing R&D investments. And that's why I'm grateful to have Priya because I think Priya is extremely objective on this. We all are.

But again, I do think that we are an innovative company. And I wouldn't want to restrict too much Biogen's ability to invest in R&D over time but we're going to be extremely tough on what it is that we're going to choose to develop.

MICHAEL R. MCDONNELL: And then maybe, Ami, on the gross margin line in terms of how we expect that to evolve, we said in our prepared remarks that we do expect to see our cost of sales as a percentage of revenue to continue to increase throughout the rest of 2023, and that's pretty heavily tied to the outsized contract manufacturing revenue that we're seeing this year. And without guiding beyond 2023, I can just say, trend-wise, when you look at some of our bigger ticket items, we've got the anti-CD20s, which are highly profitable. They're kind of flat to somewhat declining, has kind of been the trend there. You've got TECFIDERA, where you've got generic competition in the U.S. Obviously, we do have legal protection through the early part of 2025, but that's a high-margin product, as you know.

And so when you look at the growth trajectory of those products versus the contract manufacturing, and we will continue to be aggressive in pursuing contract manufacturing opportunities if we can utilize them to fill space that we otherwise wouldn't use. You would expect that we would continue to see some pressure on the gross margin percentage. That's something that we'll manage. We are seeing. We did have $34 million of idle capacity charges during the quarter. That is something that we hope will abate over time as LEQEMBI ramps up and we're able to fully utilize our facility in solid turns so that would be potentially an offset. But we don't see real material increases in our gross margin percentage, and that's something we're going to have to manage. And that's part of the reason why we put such a keen focus on our operating expenses and introduce such a meaningful cost reduction program.

OPERATOR: We'll go next to Brian Skorney with Baird.

BRIAN PETER SKORNEY, SENIOR RESEARCH ANALYST, ROBERT W. BAIRD & CO. INCORPORATED, RESEARCH DIVISION: Really just one, you guys had a role in developing both LEQEMBI and ADUHELM. And one of the things that seems to be jumping out as sort of the differential profile of these drugs in terms of ARIA rates. But seeing that those differences

despite a very similar plaque removal. So I guess there's a lot of speculation and maybe remains a lot of uncertainty as to the underlying mechanism. But anything you can say in terms of sort of your thought process about how much of this may be sort of subspecies, target driven? How much of it may just be sort of a matter of [PK]? I mean, it seems like the comments on subcu indicates -- at least some of it may be Cmax-driven, but just how are you guys currently thinking about the mechanism underpinning ARIA?

PRIYA SINGHAL: Yes. Thank you, Brian. So overall, I think we don't fully understand the mechanism of ARIA, but the data have been replicated for LEQEMBI in terms of a low incidence of ARIA, in the sense that when you compare it with some of the other anti-amyloid -- anti-beta amyloid antibodies, it is significantly lower and replicated twice.

So for example, in the Clarity AD study, we had an ARIA-E rate of about 12.6%, but with donanemab, we see an ARIA-E rate of 24%, a very similar sort of proportions with ARIA-H. So I think that it also depends on the population that has been recruited. And as Chris mentioned, these populations have been slightly different with MCI being -- and the early population because we really believe that patients need to be treated earlier. So that could be playing a role. But I think overall, it's very hard to assess exactly what may be driving the differential dates.

What I think we can say is that the observation that the incidence is significantly different. And therefore, I believe that the benefit risk is also different. And that, I think, is what doctors should be looking at. Couple that with the efforts that we do have a very clear window of susceptibility with ARIA and LEQEMBI that we see, we know that it's really pretty much circumscribed to the first 6 months. There's no titration. So we see the rates that we do. And then it really (inaudible) and recurrence is very, very low. This helps us because we can help physicians really get on board, stay on the monitoring plan, and that is really the focus of Eisai with better understanding ARIA program.

So I think overall, we have to look at the benefit risk. We've got the broad AD population that did not recruit via tau sub-stratification for LEQEMBI, and we have the results right up to tau PET because everybody, as you know, amyloid kind of progresses into the neurofibrillary tangles. And so it's really helpful to understand that there is a broad application with LEQEMBI and then there's a risk profile that's also in the broader population.

I think with -- we do have a box warning, as you know, with the APOE4 patients who do have a higher rate of ARIA. And this, again, is really what we see across the different molecules.

CHRISTOPHER A. VIEHBACHER: One of the things, Priya, that was -- so (inaudible) and Priya over the weekend after this super interesting paper all that happened at AAIC and the differences. And the thing that struck me is just really how complex this is and how much there is to really analyze and understand. But one of the things that struck me was that there is a difference in safety not just in the broad population, but we see that in every subgroup, too.

PRIYA SINGHAL: Yes. Every subgroup.

CHRISTOPHER A. VIEHBACHER: I mean, if you're looking at the APOE group, heterozygous, homozygous is a difference. And if these drugs were similar, you wouldn't expect such a dramatic difference. I mean we're talking about -- in some subgroups, it can be as much as 3:1 ratio on the safety. And that's why I think we're going to spend an awful lot more time analyzing what's really going on here. And that's what I said at the outset. We're really just at the start of this. There's still so much we don't know, but this is going to generate an awful lot of research and we're going to start digging into this and understanding all of these different subtleties that are there.

But I think these differences are going to be quite important. As Priya said, the jury is still out on that, but we have an awful lot of signs about what's really going on here. And that's why as a company, at Biogen, we don't see the launch of LEQEMBI as the end to our commitment to Alzheimer's. As Priya pointed out, we have other programs in Alzheimer's and we're going