# EXHIBIT 18

C Corrected Transcript

11-Sep-2023

# Biogen, Inc. (BIIB)

**Morgan Stanley Global Healthcare Conference**

FACTSET: callstreet
1-877-FACTSET   www.callstreet.com

Total Pages: 12
Copyright © 2001-2023 FactSet CallStreet, LLC

**Biogen, Inc.** *(BIIB)*
Morgan Stanley Global Healthcare Conference

C Corrected Transcript
11-Sep-2023

# CORPORATE PARTICIPANTS

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

# OTHER PARTICIPANTS

**Terence C. Flynn**
*Analyst, Morgan Stanley & Co. LLC*

# MANAGEMENT DISCUSSION SECTION

**Terence C. Flynn**
*Analyst, Morgan Stanley & Co. LLC*

Great. Well, thanks for joining us, everybody. I'm Terence Flynn, the US Biopharma Analyst here at Morgan Stanley. We're very pleased to have Biogen. Joining us today from the company is Chris Viehbacher, the CEO. Chris, thanks so much for being here. Before we get started, for important disclosures, please see the Morgan Stanley Research Disclosure website at www.morganstanley.com\researchdisclosures. Well, thanks so much, Chris. Really appreciate the time today. I know it's a busy time at Biogen.

**Biogen, Inc.** *(BIIB)*
Morgan Stanley Global Healthcare Conference

 Corrected Transcript
11-Sep-2023

# QUESTION AND ANSWER SECTION

**Terence C. Flynn**
*Analyst, Morgan Stanley & Co. LLC*

Q

Maybe to start, I thought we could talk about what some of your key priorities are over the next year?

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Yeah. Thanks, Terence. It has been a busy, I think it's eight months, maybe nine months now. I think I certainly learned when I was at Sanofi, you want to get change done early in your tenure, because it actually takes time to pull through. And that's kind of when organizations are most open to change. We started off with people, products, and pipelines and that merged into five priorities. And I think we've made really good progress on all five. One was really reorienting the company. When I got there, everybody was still really focused on the MS franchise and yet we had LEQEMBI. We are hoping to launch zuranolone. And so, that meant a shift in not only focus, but also the development of new capabilities.

We had a cost base and everybody in the industry was saying was way too high and we had to address that. We have had five heads of R&D in 10 years, and so that has led to a big mishmash in the R&D pipeline, and we needed to sort that out. We do have a couple of existing products that have patent cover into the mid-19 – 2030s, which is VUMERITY and SPINRAZA. So, looking to certainly stabilize and get growing SPINRAZA again and really taking advantage of VUMERITY, which is really now the only branded product in the oral space. And then finally looking at de-risking our growth path through external development and of course we've announced the acquisition of Reata. So, I actually think now, we've got all the elements to really grow Biogen sustainably. Certainly, as we look over the next three years, I think we can aspire to substantial growth. Of course, I learned early on in my career, strategy is 10%, execution is 90%. And so, that's what we're really focused on now.

**Terence C. Flynn**
*Analyst, Morgan Stanley & Co. LLC*

Q

Okay. Makes sense. What, as you look out three years again, obviously, the sustainable growth is an important piece of it. But what else do you hope to see or what do you think the company will be positioned at – over that time period after some of these change plays out?

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Yeah. I think one of the things I was – I think we've been trying to do is let's get the company, because we've had this melting iceberg. Let's get the company back on a growth trajectory. And in fact, I think we've got all the elements, certainly with the cost reductions we had on LEQEMBI, even to a degree, PPD for zuranolone where I'm going to start spending a whole lot more time is with Priya and our newly announced CSO, Jane Grogan, really thinking about the pipeline. Because I think what I'd really like to see happen is that we are growing strongly into the next decade.

And I think there are some very good assets. Priya has done an amazing job of really weeding out some of the non value-added projects and putting our resources behind things that we really like, BIIB080, which is our ASO for Tau, for example. I think we'll see some very encouraging new data at CTAD on that. We've got a couple of products in lupus, one in Phase 3, we'll see data in the middle of next year. We have another one for cutaneous

Copyright © 2001-2023 FactSet CallStreet, LLC

# Biogen, Inc. *(BIIB)*
## Morgan Stanley Global Healthcare Conference

**Corrected Transcript**
11-Sep-2023

---

lupus. There's a product for generalized or sporadic ALS, another ASO, and another ASO for Angelman's. So, I think there are already some assets in there. With Adam Keeney, our new Head of Corporate Development, I think we're going to be looking at doing more business development.

And then, Biogen's research has not been the most productive. I mean 45 years, actually, litifilimab for cutaneous lupus and ADUHELM, were really the only two products to make it into development of any significance. Jane comes as an immunologist, and I specifically wasn't looking for a neuroscientist, and so that's an opportunity also to start reshaping the company over the longer period of time. So, certainly going to be looking to see how do we really transform Biogen into a scientific and research powerhouse, as well as a commercial one.

---

### Terence C. Flynn
*Analyst, Morgan Stanley & Co. LLC*

Q

Okay. And is that fair to think that immunology is going to be a key part of that diversification? Obviously, you have an extensive legacy in neuro against CNS. But if you think about this diversification pivot, is it fair to think immunology is going to be a big part of the story on the forward?

---

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Yeah. I've read one analyst report over the weekend, that in fact actually something I certainly would agree with. I think we got into neuro through immunology, basically with MS. I mean MS is really an autoimmune disease and we're in things like lupus and ALS. So, I think it's a natural fit. Now immunology is quite big and of course inflammation is popping up everywhere as a problem, even in the Reata drug actually. So, I think we can actually build upon immunology. I don't see us – just because she's been in Genentech, we're not going to get into oncology, that's for sure. But I do think, the rare diseases, parts of immunology, which is pretty vast area probably narrow that down to neuroimmunology. Still to know psychiatry and obviously Alzheimer's because with Alzheimer's, we aim to be with our partners or leader in Alzheimer's and LEQEMBI is only the first step in that journey.

---

### Terence C. Flynn
*Analyst, Morgan Stanley & Co. LLC*

Q

Okay, great. You also mentioned looking externally you have the Reata acquisition. But how do you think about business development from here? Is this – does this kind of put a pause on activity given the size of that and integration and you have a launch to think about? Or is this something you can parallel process, and we should still expect some normal course of business development here?

---

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Well, I think my CFO will say that I probably spent the budget on acquisitions for a while. So, I think we will shift a lot more to probably more early stage business development Phase 1, Phase 2. I also want to transform our research organization into a more collaborative organization. It is to a degree. But we're in the most prolific biotech communities in the world, and I think we can do an awful lot more with equity investments and collaborations in an early stage in research. So, I think Adam's going to be pretty busy with that.

---

### Terence C. Flynn
*Analyst, Morgan Stanley & Co. LLC*

Q

Okay. Maybe the other piece you talked on is just the Fit for Growth Strategy here and rebasing the cost structure of Biogen more along the peer group. I think one of the pushbacks I hear from clients is just how can you guys do

---

# Biogen, Inc. *(BIIB)*
Morgan Stanley Global Healthcare Conference

 Corrected Transcript
11-Sep-2023

that? And also invest in both the LEQEMBI launch and the Reata launch and still come out with a good commercial outcome, I guess. So, how do you think about that side of the coin, is not just taking the cost down, but the investments required to really make these launch as a success?

---

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

I think, I keep telling my team one of the most underestimated words in any book on leadership, you'll ever read is the word and. It's being able to do, and is really what separates people from being really terrific or not. You have to manage the short-term and the long-term. You have to manage innovation and you have to be cost effective. You have to manage your cost and you have to launch successfully. And yet, there's an awful lot to how you do that. We have actually had surprisingly some investors say, are we cutting too much? And I would assure everybody that, that is certainly not the case. Less than I think 10% of the head count that will depart is actually customer-facing.

The reality is, is that when you have companies that have an awful lot of money and money was certainly very present when we had TECFIDERA, we had $5 billion of profit more in 2019 than when we have today. And when you have a lot of money, you get into an awful lot of activities and a lot of layers of management. We have an average span of control of three. So, part of this is reducing cost to be more in line. All we've done is benchmarked with our peer group. We're not looking to be best in class in cost cutting, but we do have to be competitive. But there's also a question of agility. If you have a span of control of three, someone has to asked their boss who has to ask their boss.

When I talk to biotech companies who want to do business development with us, they said, boy, Biogen loves to do an awful lot of meetings. And if you have a lot of people, you have to do an awful lot of meetings. And part of it is because nobody can make a decision. And so, this is about empowerment, it's about agility, and it's also about retooling some of our capabilities because we've been in really essentially a multiple sclerosis company for 45 years. So, this is really an opportunity to reengineer and transform the company. And it also has a transformative effect on our bottom line.

---

### Terence C. Flynn
*Analyst, Morgan Stanley & Co. LLC*

Q

Okay, great. Appreciate it. The other topic that I think comes up more recently, just the Eisai relationship. And so, maybe give us an update on kind of where that stands and as you think about the forward progress of that relationship. Again you guys have other assets coming up through the pipeline. So like where do those fit in the broader scope of strategic direction of the Eisai collaboration?

---

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Terence, it's quite an interesting relationship. The company has been working together for eight, nine years now, and when you think about the scale of the investment that these two companies undertook in developing these Alzheimer's antibodies, you're thinking about we literally spent billions on just the clinical trial development costs between ADUHELM and LEQEMBI, plus spend another couple billion on a factory to make it. And so, these were big bets for companies that are certainly nowhere near the size of Pfizer. And so, when you're making those big bets there, there has to be an awful lot of trust in each other. Obviously, the ADUHELM situation was pretty unfortunate, to say the least. And I think that strained relationships. But I would say, today that relationship is thriving again. I've known the CEO of Eisai for many, many years. And that's an important relationship because of the way Eisai also operates. We have our governance teams, but we talk regularly multiple times a month.

---

# Biogen, Inc. *(BIIB)*
Morgan Stanley Global Healthcare Conference

 Corrected Transcript

11-Sep-2023

And what is important, though, is this launch of LEQEMBI is pretty much unlike any other launch I have seen. I have talked about the fact that this is only the second time in my career they've actually seen the creation of a whole new category and the relevance of that is pretty important because most times you launch a drug, you've got patients in a doctor's office who are being treated with something. It may not be very good, but they're there. Here, we're talking about now neurologists who are already busy doing a lot of other things. And suddenly now we've got a wave of patients who are wanting to come in and think about what that means in the doctor's office, you've got to now, first do an assessment of this patient and to see whether they've got MCI or mild dementia. And they have to make sure that the mild dementia is actually caused by Alzheimer's and not something else.

So, you're talking at least an hour of time in the physician's office, probably several weeks to get an appointment to see one. Then the physician has got to say, am I going to send them to a PET scan? Well, what about the reimbursement of the PET scan? It is reimbursed, but there's still some confusion out there in the marketplace or I go did have a lumbar puncture and now we've got to explain to the patient about the lumbar puncture, which, as we all know, is not a picnic. Then we got to find the infusion centers and they've got to monitor the patients on with MRI. So, this is a logistically, a major exercise and we're seeing variability out there. You got centers like Duke that have been way ahead of the game compared to everybody else and are really moving forward on that. Other centers are catching up.

Individual practices, this is something that they're all working through. So, there is an element of – we need the infrastructure to grow, but we need all of these processes to actually take place. There certainly seems to be demand there. I think we're confident in the demand. I think we're confident in the fact that physicians actually want to treat these patients. CMS has moved quickly, actually, and that in some ways, it shouldn't have been, but kind of caught everybody off guard because now we can go. There's no limitation. And the registry seems to be pretty easy to operate. So, this is now a question of filling the pipeline and pulling the patients through. And ultimately, we will see that. And ultimately, all of these physician practices will get good at this and understand this. But it is a heavy lift at the start. And I think we'll start to see that as we get through towards the end of the year. I think nothing that we're seeing says that the Eisai guidance can't be met, which is 10,000 patients by the end of their fiscal year, which is the end of March.

### Terence C. Flynn
*Analyst, Morgan Stanley & Co. LLC*

Q

Yeah. Okay. What – I mean, as you think about the lift requirements, I mean, how maybe any metrics in terms of progress that you can provide us with. If you think about like number of centers that are up and running. I mean we talked to a vertically integrated centers as a community practice, not like Duke, but there it's pretty easy. Like they have everything in-house. It sounded like it takes about three weeks to get a patient on therapy or infused. They can do all the scans, but you just talk through all the logistics. And if you don't have everything in-house, you've got to coordinate across all these. So, how long do you think that process will take for the majority of your centers before you can see the majority of those centers have a protocol in place, so that they're up and running and it's a three-week process or something to get a patient on drug?

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Well, I mean, the key metric really is the site activation, and the site readiness. And we've gone out to see 700 centers today, going through the P&T committees. So, they're getting the reimbursement and weighing through all of that. I think the field force is just really busy on all of the logistics and getting that through. So, I think it gets more and more. And that's why I think in some ways having the target of 10,000 at the end of the first quarter is more of a relevant benchmark, because we know it's going to be choppy before that. And there'll be some centers



6

Copyright © 2001-2023 FactSet CallStreet, LLC

# Biogen, Inc. *(BIIB)*
Morgan Stanley Global Healthcare Conference

**C** Corrected Transcript

11-Sep-2023

---

that are off to the races and some that will take longer, and it's kind of hard to predict, to be honest of how fast it's going to go.

---

### Terence C. Flynn
*Analyst, Morgan Stanley & Co. LLC*

**Q**

Okay. Understood. And one another question we get is just obviously, you have the JV across both companies. How much visibility on a weekly basis do you have in terms of all these key metrics? Like are you getting the data real time like Eisai's or are you guys getting it on a lag? Again I think investors are trying to understand like how much data are you getting and at what frequency from a launch perspective?

---

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

**A**

I think the collaboration has been great now with the companies and we have actually worked with Eisai, really leveraging the experience of ADUHELM. Where ADUHELM never really got out there in the marketplace. Biogen actually has all this expertise of how do you assess the site? What are the key metrics that we need to look at? We actually used a consulting firm to go back and actually capture the learnings and we have shared those with Eisai. So, we've been working with them on the development of the key metrics that we want to watch and share. It is still very much news from the field that really is driving this. But as I say, we don't really see anything on the demand side here. It is really the logistics question.

---

### Terence C. Flynn
*Analyst, Morgan Stanley & Co. LLC*

**Q**

Okay. Got it. I guess the other relevant question we're getting is just talk around the subcu formulation obviously. I guess, I had underappreciated the once-monthly dosing versus every other week dosing that donanemab has as being maybe somewhat of an advantage. You guys have the advantage of maybe less ARIA with LEQEMBI. And so, a physician survey, we did suggest about equal market share over a couple of years. And so, I guess maybe what's the importance of subcu and are you confident in terms of the path to market for that subcu formulation?

---

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

**A**

Yeah. I think you have to step back and say, how – what's the treatment of, how's the treatment of AD really going to evolve? Right. So remember, until we really had the Clarity Study, we hadn't really had the definitive evidence that actually reducing plaques had a benefit on cognition, right? So, everybody is looking at kind of this 18 month period and we reduce the plaques, and we only studied in patients where we actually had symptoms. So, we started with what we thought were early stage patients with MCI or early dementia. But in actual fact, those are early patients at all. And then, now, maybe the question is when we remove the plaques, what happens then? The plaques come back.

And so, I think we're going to see a complete change in the treatment paradigm over years. Where on the one hand, you're going to see a maintenance market, you're going to have a plaque-clearing market. And we have this AHEAD Study that's going on. What you really want to do is actually get people before they're symptomatic. There are probably people sitting in this room who have plaques forming in their brains and they don't know it. Right? And that's where also the development of the blood diagnostics will help. There are some neurologists who are saying that, we'll probably have p-Tau in the normal blood bank test that we all do when we go in for annual checkup.

---

# Biogen, Inc. *(BIIB)*
Morgan Stanley Global Healthcare Conference


So, when you put that in that context, the subcu becomes quite important, right? Because I think it's less important if you're looking at that plaque clearance phase. But if you're going to be on this drug potentially for multiple years, then the subcu is clearly an awful lot more convenient. So, the intent is to have a filing by the end of Q1 of next year and doing all the work for that. And I do think though you're going to see different patients at different stages and I think there's first of all, there's more than enough market for two drugs and exactly, how they work and where they're used is going to evolve. Remember, right now donanemab has a very limited space of time in which it can work. So, that whole spectrum that we just talked about donanemab isn't really going to play. Now, Lilly, of course, isn't sitting still. They're thinking about that too, and they have other antibodies that are coming along.

---

### Terence C. Flynn
*Analyst, Morgan Stanley & Co. LLC*

Q

Yeah. Okay. Makes sense. The – again you mentioned the blood-based diagnostic, obviously, really important when you think about the longer-term, even diagnosing earlier in the treatment paradigm. So, what's the best guess in terms of when something could be available on that front?

---

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

In blood diagnostics?

---

### Terence C. Flynn
*Analyst, Morgan Stanley & Co. LLC*

Q

Yeah.

---

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Well, I mean, they are available now, but they haven't really been validated. In an ideal world, we'll get them validated to a point where we could replace the PET scan and the lumbar puncture, right? Because that would have both a patient convenience, but also a cost benefit for the whole system because, in addition to the drugs, you've actually got quite a lot of ancillary care and that would also give you the confidence to actually diagnose someone pre-symptomatic. Now, we are using the Cn2 (sic) [C2N] (00:20:37) Diagnostic actually in the AHEAD Study to help find patients. But of course, that's still being validated with PET scans.

---

### Terence C. Flynn
*Analyst, Morgan Stanley & Co. LLC*

Q

Yeah. Would that – so would that be the first validated data set that we should think about, I guess?

---

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Yeah. I think there all of the diagnostic companies are now working. I mean the diagnostics has been around. But until you actually had the treatment, no, there was no commercial market for the diagnostic. Now there is. And I can tell you, Quest and Labcorp and a bunch of other companies are all scrambling to get the data for these diagnostics. But realistically, it's probably still a couple of years before we see that's fully used.

---

### Terence C. Flynn
*Analyst, Morgan Stanley & Co. LLC*

Q

# Biogen, Inc. *(BIIB)*
Morgan Stanley Global Healthcare Conference

Corrected Transcript
11-Sep-2023

Okay. And one more on the imaging side is the – on the PET scan reimbursements. I know that NCD was revoked. And so, now it's at the local MAC level and I know each – I forgot, I think it was 14 MACs around the US, but each has to kind of make an individual decision. Is that process fairly far along so that PET is not a kind of gating item anymore on the reimbursement side?

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*


A

That's where there's still a little bit of the confusion. I mean, our understanding is certainly one PET scan in a lifetime is reimbursed and because it's also required under the terms of the LEQEMBI reimbursement. Separately, PET scans are controlled by their own and that's where there is this change that is in progress. But that hasn't completely played out. And so, the MACs don't have that ability today to do that, as I understand.

### Terence C. Flynn
*Analyst, Morgan Stanley & Co. LLC*

Q

Okay. Maybe just the last one on the Alzheimer's space. You talked about Tau as another target. You're going to have some data at CTAD. I'm assuming that's part of the strategy that stay at the forefront of Alzheimer's care. Maybe talk about where that fits into the strategy and then anything else behind the scenes that you guys are doing to make sure that you and Eisai continue to be at the forefront here?

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Well, again, basically, LEQEMBI is the first breach in this wall. Right. And I mean, we've all been throwing stuff at this wall, trying to find out how do we make a difference in Alzheimer's without success. I mean tens of billions of dollars of research and development went into trying to find something. And this is the first time where we actually saw something that actually had an impact on cognition. But we all know that, we'd like something that does even more. And so, the question is, can we do more with more effective antibodies? But we're already getting pretty significant reduction of plaques.

So, then you start looking at other mechanisms. Tau is clearly a major factor in the severity of the disease as we know. A lot of experts out there are more excited even about Tau than they are about Abeta. So, that's a logical one. Tau is though, acts intracellularly, so you need a drug that kind of go after this intracellular and that's why we think our ASO is very promising. But we're also looking earlier, we know that microglia and inflammation play a role. So, we have a program in TREM2, for example. We are working with some of the diagnostic companies also even for Tau developing biomarkers. So, the – certainly, the goal of both Eisai and Biogen is that we will maintain leadership in Alzheimer's. I mean there's – I mean it's bumpy today, but this is going to be a very significant market over time. And we need to make sure that there are other treatment options available to patients.

If you combine the Tau and then Abeta at some point we want to make sure, first of all, we can demonstrate the benefit of that BIIB080 on its own. But then a logical question is, does it make sense to combine most complex diseases? You end up with combination therapy, right?

### Terence C. Flynn
*Analyst, Morgan Stanley & Co. LLC*


Q

Yeah. Makes sense. Okay, great. We talked about high level Reata. But maybe just walk us through kind of timing of the deal closure. And then as we think about the commercial rollout, what are you guys doing to ensure commercial success is obviously this is another important launch that investor communities can be focused on as we head into 2024?

## Biogen, Inc. *(BIIB)*
Morgan Stanley Global Healthcare Conference


Corrected Transcript
11-Sep-2023

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Yeah. So, Reata, we – external growth was already in our Q1 announcement about where our priorities were, partly because we knew that both LEQEMBI and zuranolone are non-conventional launches and we just felt that we needed something else that could help us with returning to growth. Also that is certainly been my view coming into the company. Neurological diseases are extremely important, have high unmet need, but they are very risky and very high cost and while we don't want to abandon that, we were looking to try to diversify a little bit away from that to reduce the risk of what we do, to be able to do Phase 2 studies that actually give you some indication of where the Phase 3 is going to work or not.

And so, moving into rare diseases, doing more in neuropsychiatry, going back to our roots a little bit in immunology. And so, that was sort of a goal. And so, Reata really helps us in that, in building out the rare diseases. This fits perfectly with SPINRAZA. We have something like an 80% overlap for our reps to operate. And actually it provides potentially higher sales growth in the early years. And of course, it is a – it's going to be, I think, quite profitable given that you don't have to spend as much as certainly we do with MDD. So, I think it's going to be transformational financially over the coming years for the company.

People always get concerned about how you pay for things. But I was talking to one investor and she was surprised that I said, well, for me, the IRR is going to be bigger than our WACC. And that's [indiscernible] (00:26:41), I don't normally hear that in the biopharmaceutical world. But this actually is in a transaction that also makes financial sense. So, in terms of that, we're expecting to close in the fourth quarter. We actually have the Hart-Scott-Rodino Day [ph] is today (00:26:58). So, we'll find out, I guess, today whether we get a second request or not. And if we don't, we should be able to close fairly soon.

They – we want to do two things with the integration. One is obviously not disrupt the launch. And so, I think we will have a smooth transition under Alisha's team in the US. They have about 27 reps. We'll bring all the 27 reps in and make sure because one of the things I don't want to do is also disrupt the success we've had with SPINRAZA. And sales reps always go for the shiny new toy. And so, I want to make sure that I don't create any kind of distraction from SPINRAZA. And then obviously, we are focused on the European launch. This is a product that's going to be like Biogen. This isn't one where 60% of the sales are in the US. This is actually one where the international aspect is important. We've had 26 countries request drug from us, and so there's a real interest all over the world.

Latin America actually could be quite a significant market for us as well, if there's believed to be, I think Reata has shared that they believe there's 4,000 patients in Latin America alone. And then actually, I think there is an interesting thing in the pipeline there. I mean, first, if you look at this Nrf2, which is the driving mechanism for SKYCLARYS, that was also the mechanism [indiscernible] (00:28:33) mechanism for TECFIDERA, and Biogen never really explored that further, but we have an opportunity to go back with that and we're looking at can we do things in ALS with this, possibly with Alzheimer's? There's also a product for diabetic neuropathy. I'm quite interested in that because I was involved with initiatives with GSK many years ago. We did a lot of the same experiments. And, the animal experiments actually translate pretty well in efficacy. The problem in this space has been safety, but safety looks good. So, if we have that, that could actually be quite a significant opportunity for us as well. So, I think we'll keep a small unit in Dallas on the research and development side.

### Terence C. Flynn
*Analyst, Morgan Stanley & Co. LLC*

Q

# Biogen, Inc. *(BIIB)*
Morgan Stanley Global Healthcare Conference

 Corrected Transcript
11-Sep-2023

Okay. What – and just maybe confidence in EU approval. I know there's been some discussion among investors kind of that front. And so, maybe just speak through next steps on the EU side and confidence in approval?

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Yeah. Obviously, we had access to all of the documentation with the agency under our confidentiality agreement. Obviously, we're still separate companies and I can only – I can't say anything publicly that Reata hasn't always shared – hasn't already shared. Obviously, the way we look at it is the primary analysis was statistically significant and then the agency had a question around durability. And so, they had this three-year extension study and post-hoc analysis, but they also stopped the drug. People started the drug again. And you see a nice consistent separation between the placebo group and the treatment group. So, I think we believe very strongly in the efficacy of the drug. There's no guarantees. But I'd say we were able to do due diligence and we're pretty confident we can't be 100%. But I can tell you that our financial analysis used a risk-adjusted probability of success on getting approvals when we did our IRR analysis.

### Terence C. Flynn
*Analyst, Morgan Stanley & Co. LLC*

Q

Okay. And can you get that IRR above WACC without EU?

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Pretty close actually.

### Terence C. Flynn
*Analyst, Morgan Stanley & Co. LLC*

Okay. Great. Well, I think we're up against time, but thanks so much, Chris. We really appreciate it.

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

Thank you.



Biogen, Inc. *(BIIB)*
Morgan Stanley Global Healthcare Conference

 Corrected Transcript
11-Sep-2023

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2023 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.