# EXHIBIT 20

08-Jan-2024

# Biogen, Inc. (BIIB)

**JPMorgan Healthcare Conference**

FACTSET:**call**street
1-877-FACTSET   www.callstreet.com

Total Pages: 18
Copyright © 2001-2024 FactSet CallStreet, LLC

# CORPORATE PARTICIPANTS

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

# OTHER PARTICIPANTS

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

# MANAGEMENT DISCUSSION SECTION

### Chris Schott
*Analyst, JPMorgan Securities LLC*

So good morning everybody. I am Chris Schott at JPMorgan. And it's my pleasure to hosting a fireside chat today with Chris Viehbacher, who joined Biogen as CEO, I guess a little bit over a year ago. So, Chris, Happy New Year. Thanks for joining us.

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

Happy New Year to you, too, Chris.

Copyright © 2001-2024 FactSet CallStreet, LLC

# QUESTION AND ANSWER SECTION

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

Q

Yeah. So I think we were talking about it before about a year ago, we were sitting in these same two seats. You had just come on as CEO. So would love to start the conversation with just your reflections on how the last year's gone. Anything that's surprised you, either positive or negative in the CEO seat and we'll kick off from there.

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Well, thanks, Chris. Yeah, it was a busy year in 2023. A year ago, we were still as a company, kind of still under the cloud of ADUHELM. We've been declining already for three years. We talked about our melting iceberg of the MS franchise. A lot of investors have said, well, you've got a fairly mature product portfolio, why is your cost base so high? So I think last year, I said, our objective is really return to growth. And obviously, that's important for our investors, but it's also important inside the company. A company that is declining year-on-year, it's how do you get motivated? And all your business metrics don't really work all that well because you're trying to do less bad.

So we outlined five things that we thought were going to be important. One was we had to shift the whole focus of the company from MS to new growth drivers. And that is actually not that easy. We've been doing MS for 45 years, and there are an awful lot of relationships with physicians and patients ad yet unfortunately, we don't have a new medicine to launch. So we needed to move towards LEQEMBI. And at that time zuranolone. Well, LEQEMBI, of course, has had not only accelerated approval. We got full approval, then people were concerned around CMS. CMS came through. The registry hasn't been difficult. We always knew it was going to be a slow ramp, because this is such a pioneering activity. And on zuranolone, of course, we only got postpartum depression and not the MDD. But I think even postpartum depression obviously a huge unmet need, massive media interest and I think we're off to a good start with the launch.

Second thing was we said, our R&D pipeline had an awful lot of things in there that didn't really make any sense. So with Priya's help, we went through and really weeded out a number of projects that were costing an awful lot of money, but didn't have an awful lot of value.

The third one was to look at our cost base, and we didn't just do a cost reduction exercise. We decided to completely redesign the company. We said, what do we need to be successful in 2025 with the products we have, with the research and development we're doing, and let's build that company and then, basically manage out the other aspects that weren't going to contribute in the future. And so, we announced $1 billion of gross cost savings, with about $800 million net.

We also had a couple of products that people hadn't taken the – they were not paying as much attention to VUMERITY and SPINRAZA. I mean, if you looked at analyst forecasts, they had, well, SPINRAZA is going to decline. There's a gene therapy. There's an oral. Oral always beats an infusion. Well, the reality is that more serious a disease, the more efficacy matters. And I think that's what we're seeing. And we put new energy behind both VUMERITY and SPINRAZA, and we're seeing those products stabilized and even growing.

And then, we really also had to look at what else could we do outside the company. We needed more for growth. And we started an exercise early in the New Year and did the Reata acquisition in August. That's actually financially good, because now that we have European approval, we can certainly say that the IRR is greater than

WACC, which is not necessarily something you see every day in M&A in our business. But it's hugely important, strategic fit for us.

So now, I think we're actually well-positioned to return to growth. And I think we're in a much different place than when we were a year ago.

### Chris Schott
*Analyst, JPMorgan Securities LLC*

Q

Yeah, that's great. When I think about those kind of challenges and opportunities of the company, where do you think you've made the most progress and where do you think there's still the most work to do?

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Well, in business, it's always easier to do restructuring. So we're certainly well ahead on the cost savings. We've done a great job, I think, of really getting our R&D focused. It's a lot harder to build and grow. And so, I think this year is really about execution. We've got all of the elements that we need. LEQEMBI, I think we're seeing some really good progress on that launch, but we're just launching PPD. Our team was just out in the field as of last week. SKYCLARYS is off to a very good launch. We had something like 25% of the entire population on drug by the end of last year.

And – but I think we also have to think about the pipeline. I'm going to spend an awful lot of time on our pipeline. We have a lot of very interesting scientifically superb assets in there, if they work, but it's still a fairly risky pipeline.

### Chris Schott
*Analyst, JPMorgan Securities LLC*

Q

Okay.

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

And I'd like to bring in some assets and Priya is interested in and Adam's interested in doing this too, building that pipeline out for longer term sustainable growth.

### Chris Schott
*Analyst, JPMorgan Securities LLC*

Q

Okay. I like that. That's great. Maybe pivoting over to LEQEMBI. Just an update in terms of the launch and progress you've made addressing some of the barriers to uptake?

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Right. One of the things that we have to remember with LEQEMBI is that, we are dealing with pioneering and breakthrough almost every day. Remember, until about a year ago, there was still an awful lot of question about, did it add value to remove amyloid plaque? And the Clarity study clearly demonstrated that, not only in terms of CDR sum of boxes, but in terms of activities of daily life.

But of course, up until now, there hasn't really been any disease-modifying treatments for Alzheimer's patients. And most of them are actually being seen by primary care physicians. So now, there's kind of a rush. We got to

# Biogen, Inc. *(BIIB)*
JPMorgan Healthcare Conference

 Corrected Transcript
08-Jan-2024

get appointments with the neurologists. Not everybody who has Alzheimer's is eligible for treatment. They have to be cognitively assessed as to whether they have MCI or early dementia. This is changing an awful lot of how neurologists practice medicine. There's a lot of teamwork that's needed. We need the PET scans, the MRI to monitor.

One of the things that we're looking at, though, reimbursement has not been an issue. CMS came out not only on reimbursement of LEQEMBI, but also on the PET scans. And some of the things that are quite interest, because of the lengthy sales cycle, it can be two to three months between the time someone says, I want to go see a neurologist before they actually get drug in arm. And so, what we've tried to do is look upstream and see what kind of indicators we have for progress.

So the numbers of PET scans are going up. When we talk to people who are providing the PET scans, they're seeing lots of activity, people who are providing the blood-based biomarkers and diagnostics are seeing increased activity. We're seeing a significant increase in the numbers of new patient starts on the registry.

And in terms of reimbursement, CMS said, okay, we're now changing and clarifying the reimbursement for PET scans, but that has to be pulled through by the dozen or so max that are out there. And they typically don't move that quickly, but they have moved faster than anybody has ever seen before. A lot of the IDNs were on formulary and they have done out of cycle P&T committee meetings because they see it as an urgency.

We certainly have patients waiting for treatment. So the real job is just establishing the care pathways, getting the policies in place and the blocking and tackling of being able to process the patients. So I think, we're feeling pretty good. I'm looking forward to seeing how the January sales play out. A lot of positive data in December, but December is kind of a funny month with the holidays schedule, but I think we're certainly seeing an awful lot of tremendous progress on LEQEMBI.

### Chris Schott
*Analyst, JPMorgan Securities LLC*

Q

So in terms of the – I guess [ph] still the (00:08:24) ramp from here, is it really just kind of getting the neurologists, kind of getting their treatment paradigms down? Is that the education? Is that the biggest gating factor at this point, in your view?

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

There's going to be a number of things that we have to pioneer again, because nobody has been treating patients essentially. So one of them is, I think the primary care physicians will play a role at some point because of, patients coming in, if it's hard to find an appointment for a neurologist, one of the best things would be is, can we do a triage of those patients before they get to the neurologist? And this is where the blood-based diagnostics will play a big role.

The next thing is a lot of physicians saying, well, okay, there's, we can't obviously expand the number of neurologists quickly, but not everything has to be done by the neurologists. And so, some of them are hiring nurse practitioners to do some of the work. We're not seeing any capacity constraints on PET scans, nor in MRIs nor in infusion centers for the moment. So I think that will flex. So largely it is really around the care pathways and just establishing those. And that increases every day. The number of centers ordering from when we did Q3 earnings to now was up 37%, for example.



# Biogen, Inc. *(BIIB)*
JPMorgan Healthcare Conference

### Chris Schott
*Analyst, JPMorgan Securities LLC*

**Q**

Okay, okay. [ph] And the next set of point (00:09:43). Are you seeing in terms of where the prescriptions are coming from, is this mostly still being driven by kind of top KOLs or are you starting to see that broaden out a lot more into the community?

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

**A**

Actually, it's starting to broaden out.

### Chris Schott
*Analyst, JPMorgan Securities LLC*

**Q**

Okay.

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

**A**

There's still – we've probably got about a target of 10,000 and we're working our way through that.

### Chris Schott
*Analyst, JPMorgan Securities LLC*

**Q**

And then, in terms of your team's efforts, how much time you're spending on, I guess the, the broader population versus just kind of walking in those core prescribers?

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

**A**

We're still focused on some of the top centers, largely because we wanted to get the really the go-to-market model down.

### Chris Schott
*Analyst, JPMorgan Securities LLC*

**Q**

Okay.

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

**A**

We have these, we call them neurology account specialists, NASs. And that's quite a heavy lift for a specialist because they've got to go in and explain the care pathway with the office. We have to do a lot of education around ARIA. We have to go through and explain, not just the reimbursement for LEQEMBI, but the reimbursement for the physician's time, for the scans and everything else.

And then, by the way, why LEQEMBI, which is the selling proposition. So it's quite a heavy detail, if you like, and visit with physicians. And we really wanted to get that model. And there's other people who are just looking after the patient journey. There's people who are looking at regional KOLs. And so, we wanted to get that down and get a certain critical mass. And as sites become ready, then, you can start to ramp up your promotional effort further.

---

# Biogen, Inc. *(BIIB)*
## JPMorgan Healthcare Conference

**Corrected Transcript**

08-Jan-2024

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

Q

Okay. Just like it ties all together, just help me bridge a little bit from where we were with the 3Q results in terms of number of patients who are on drug versus the 10,000-patient target by April of 2024? I guess, my question is just how confident are you in that number or is that a number that makes sense to reset at some point?

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Well remember, the 10,000 was really designed to try to give people some sort of milestone,...

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

Q

Yeah.

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

...because there are no real analogues for this launch. I haven't found a decent analog anywhere. So what I think we were trying to say is, this isn't going to be 100,000 patients, but it's not going to be a 1,000 either.

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

Q

Yeah.

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

So that is a trajectory. And I think, where we are right now, there's nothing that we're going to do that's going to change us on the trajectory. We'll get there. We don't get there, I think everything we're seeing, there's no reason to say that we can't get there. But again, the data were kind of choppy in December, so for me, I'm really looking for the January data.

But where we are right now is I know the 10,000 isn't really what we're interested anymore is how do we now get to the 100,000?

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

Q

Yeah.

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

And so, that's where we're focused. But you can't get to the 100,000 unless you've really got this go-to-market strategy really nailed down. And I think, we're increasingly confident in that model.

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

Q

So your focus is more on making sure, you're getting the underlying pieces in place...

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Yes.

### Chris Schott
*Analyst, JPMorgan Securities LLC*

Q

...and the number is the number [indiscernible] (00:12:43).

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Right.

### Chris Schott
*Analyst, JPMorgan Securities LLC*

Q

The other question I always get is just duration of therapy. I know you've talked about the importance of continuous dosing and some of the feedback we get from physicians is a bit bifurcated of some wanting to basically dose to plaque clearance. Others, looking at longer term, how are you thinking about how that plays out?

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Well, remember, we're probably going to be always well-ahead of where physicians are because, right now, the physicians are interested in what's in the label and what do we have approved. And of course, that's all we can go out and tell. But as we think strategically about where this product is going, we're looking at other data. So right now, you're right, the Clarity study showed, okay, you remove the plaque and you just demonstrate the cognitive benefit. But the first question is, well, what happens when you stop and we showed at CTAD last October that actually, in a 24-month extension study that actually, there is a benefit to continuing on therapy. So we will be – we intend to file for a maintenance indication by the end of the first quarter of this year.

But the other was, why did so many drugs fail before LEQEMBI? And there were really two reasons. One was, could you get enough drug across the blood brain barrier? And the second one was, were you in the right patient? And we all learned, okay, we needed to move earlier. And now we, obviously with LEQEMBI, are getting into the brain that – with the quantities we need. But have we still found the right patient?

And one of the – some of the data that we showed was a substudy of Clarity where we looked at really low tau patients. So really early patients. Those data are really striking because now you're seeing something like 75%, 76% of patients completely stable for six months, on the first six months of therapy. And intriguingly, which was really amazing, we actually saw an improvement. And then we saw, how can that improvement neurons are dead or they're not dead? Well, it turns out that maybe that's not the case. And I think those data are interesting, because there is a promise, if we can actually show these results in in the AHEAD clinical study that we have ongoing, it's going to make sense that we go even before patients have symptoms. The early you go before too many neurons have been damaged or killed, you're going to get a better benefit. That's at least the promise that I think we are seeing out of that data. Now, we have to prove that with the clinical trial that's ongoing.

So you could actually see people on drug for quite a long time. And, is prevention even a possibility? That you have to think about for the longer term. But the other interesting aspect of those data were, why did you see an improvement? And nobody had seen that. And it seems like there are these protofibrils which are in the soluble

## Biogen, Inc. *(BIIB)*

JPMorgan Healthcare Conference

Corrected Transcript

08-Jan-2024

element of the amyloid plaques. And those protofibrils seem to have some impact. That's at least the view of some KOLs on synaptic function.

Now, LEQEMBI operates on those, has an efficacy against those protofibrils that other products don't have. And so, again, if we can actually continue to do research and show that we can get into the right patients earlier, we could actually really have a dramatic impact on the course of this disease.

---

**Chris Schott**                                                                                                                                                                    Q
*Analyst, JPMorgan Securities LLC*

Yeah. I mean, those earlier stage data sets are really, really exciting. So [ph] we'll have to (00:16:14) watch the preclinical study as pretty closely. The other question [ph] I've just got (00:16:17) a bigger picture with – relationship with your partner here. Can you talk about how the commercialization rules are setting up today? Just the general stats of the relationship?

---

**Christopher A. Viehbacher**                                                                                                                                          A
*President, Chief Executive Officer & Director, Biogen, Inc.*

So we started with the US. This is the first country and this – as they describe this go-to-market model is pretty complicated. And for those of us who've been in this industry a long time and you're working in in co-promoting or in co-marketing, these are not easy things to actually execute on. And so, we decided in the US, let's just have one of the companies go out there in a Phase 1, if you like, really establish the go-to-market model. And at such time as we decide to increase, then let's talk about what role, for instance, Biogen will play. And that was in the US.

Now, outside the US, because I think we've gotten a lot of information around the go-to-market model, I'm actually flying to Japan tomorrow night for the launch of LEQEMBI in Japan and Biogen is in the frontlines of launching LEQEMBI in Japan and that's our intention to do in Europe as well.

So, one of the things that we have tried to do is how do you make this relationship not only work together collaboratively, but how do you make it efficacious and efficient?

---

**Chris Schott**                                                                                                                                                                    Q
*Analyst, JPMorgan Securities LLC*

Yeah, yeah.

---

**Christopher A. Viehbacher**                                                                                                                                          A
*President, Chief Executive Officer & Director, Biogen, Inc.*

Because there's an inherent inefficiency when you get two companies trying to do things. And what you find is every company wants to do half of everything. And that is hugely inefficient.

So I think we are both conscious of the fact that we have invested a lot of money in this. And how do we make this collaboration profitable as well as successful?

---

**Chris Schott**                                                                                                                                                                    Q
*Analyst, JPMorgan Securities LLC*

Do you – it sounds like ex-US, it's a more blended model. Does the US model evolve, do you expect over time?

---

# Biogen, Inc. *(BIIB)*
JPMorgan Healthcare Conference

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

I do expect that. Yeah.

---

### Chris Schott
*Analyst, JPMorgan Securities LLC*

Q

Is that something this year or [indiscernible] (00:18:10).

---

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

We'll probably give you an update of that [indiscernible] (00:18:11) with Q4.

---

### Chris Schott
*Analyst, JPMorgan Securities LLC*

Q

Okay. Okay. We'll watch closely there. Other question just on LEQEMBI is on subcu. So just help us put some of the data we saw last year into context in terms of your confidence in that program?

---

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Again, here we got another breakthrough.

---

### Chris Schott
*Analyst, JPMorgan Securities LLC*

Q

Yeah.

---

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

I mean, how do you get an antibody through the tissues and into the brain? And, this is the first time that someone has demonstrated that we can do that on a bioequivalent basis. So that's a huge success. And that's going to be extremely important because as we talked about, we're going to be on – patients will likely go to be on drug longer over time as the clinical trials read out and we get some of these other indications approved. And so obviously, the bi-weekly infusion is not going to be very convenient. So the subcu will play a big role. We're obviously in a lot of discussion with the FDA and there is still an intent to file an approval for subcu at the end of the first quarter of this year.

---

### Chris Schott
*Analyst, JPMorgan Securities LLC*

Q

Okay. So, I guess in terms of the data we saw, do you think [ph] there's need (00:19:15) to be a dose adjustment or do you feel comfortable with the dosing?

---

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Well first, we only saw a 6-month data, so we now have to get the 12-month data. And so, we'll look at that and have a discussion with the FDA. But I think there is still an awful lot of confidence that we can file a subcu at the end of the first quarter.

---

# Biogen, Inc. *(BIIB)*
JPMorgan Healthcare Conference

**Corrected Transcript**

08-Jan-2024

---

### Chris Schott
Analyst, JPMorgan Securities LLC

**Q**

Okay, great. I guess [ph] maybe just then putting it (00:19:37) into broader context, how important is subcu for LEQEMBI in terms of the uptake?

---

### Christopher A. Viehbacher
President, Chief Executive Officer & Director, Biogen, Inc.

**A**

Over time, I think it's going to be hugely important. There are some people who think. Well, subcu is really important short-term, I'm not as convinced about that because everything we've talked about is really prior to the initiation of treatment. Getting through the cognitive assessment, getting the PET scans and everything else. And the subcu versus infusion doesn't really have an impact on that. And for the initial period of plaque removal. But I think, as we look to maintenance therapy and if we're looking at going earlier and patients staying on drug. I think the subcu is extremely important for the long-term development of LEQEMBI, for sure.

---

### Chris Schott
Analyst, JPMorgan Securities LLC

**Q**

Yeah. Maybe just one last one. As I think about broader use of blood-based diagnostics, how important is that going to be of maybe having less need for PET scans, in terms of the uptake of these products?

---

### Christopher A. Viehbacher
President, Chief Executive Officer & Director, Biogen, Inc.

**A**

I think it's going to be a game changer. Most Alzheimer's patients are at primary care and Alzheimer's is not simple to diagnose. So, is this normal aging? Is this dementia? Is this Alzheimer's? And it can take quite a while, it can take years before someone actually says. Well, I think you really need to go see a neurologist.

And this is where, the first role of these blood-based diagnostics can play a role because you can get a much clearer read on is this Alzheimer's or is this dementia, for example. It can play a role, I think in triaging the patients, so that those who really are eligible are the ones who go to see the neurologist and over time, the companies who provide these diagnostics are doing are looking at validating these diagnostics such that you can get a confirmed diagnosis of Alzheimer's in place of a PET scan or a CSF, that'll probably take another 2 to 3 years. But, it's quite interesting until you actually have a treatment [ph] there isn't (00:21:34) the same investment in diagnosis. And we see this also in rare diseases and I think that's what happened. Now there's a treatment. So, now these -- the diagnostics have been around, but nobody was really interested in using them, if I didn't have a treatment. So, now there's an awful lot of activity. I mean Quest and LabCorp, [ph] CN2 (00:21:50) these are all companies that are working a lot to bring these diagnostics to market and they're actually out there and being used today.

---

### Chris Schott
Analyst, JPMorgan Securities LLC

**Q**

Yeah. As we think about it over time, those will be a kind of key piece of this. Excellent, so maybe just pivoting a little bit to SKYCLARYS. So, maybe just start with this, an update on the US launch and how that's progressing?

---

### Christopher A. Viehbacher
President, Chief Executive Officer & Director, Biogen, Inc.

**A**

That – there's a tremendous launch. I think, when we start comparing this to analogs, we are outperforming all the analogs, even our own SPINRAZA. There are a couple of reasons for that. One is, remember SKYCLARYS was

---

# Biogen, Inc. *(BIIB)*
JPMorgan Healthcare Conference



Corrected Transcript
08-Jan-2024

originally approved but then couldn't come to the market because there was a manufacturing issue. And so, it didn't actually get to market until July. So, there was no question that there was some warehousing of patients and we saw that. But there's also an extremely active patient advocacy group that has been hugely helpful in really raising awareness of the disease and the availability of treatment.

We're seeing the same kind of interest actually outside the US. And remember, one of the interesting things about rare disease is, we're not so US market dependent. If you look at SPINRAZA, two-thirds of our sales are actually outside the US and we expect the same to be with SKYCLARYS. So, we're in the process of setting up early access programs in a number of European countries. Actually, Latin America is expected to be a big market. There's no market in Asia just because of the genetic makeup of these patients. But it's off to a very strong start and we're very pleased with the launch.

## Chris Schott                                                                                        Q
*Analyst, JPMorgan Securities LLC*

Great. Maybe just a little bit more detail on that, the European market, just elaborate a little bit more versus the US, in terms of, patient identification, patient advocacy. Is it -there – similarities and differences I guess, as I think about how that ramp could go?

## Christopher A. Viehbacher                                                                          A
*President, Chief Executive Officer & Director, Biogen, Inc.*

Well, I mean, there's two differences, I guess. On the one hand, patient advocacy groups are not quite as well developed. But the main group [ph] Ferra (00:23:51) for instance, is already establishing itself in Europe. But there are going to be other groups that will be helpful.

At the same time, you only have single payer systems. And actually, if you're in the business of vaccines or if you're in the business of rare diseases, those single payer systems are actually quite helpful. I mean, one of the things that Alisha deals with, in launching in the US is that, you still have to go around all these payers. And then there's issues about getting the refills. You don't really have any of that in Europe and generally the pricing is actually quite acceptable in Europe. We certainly saw that with SPINRAZA. So, we're using SPINRAZA's analog. And I think that's why there was so much attention to the European approval, it's not usual that the European approval really matters to most drugs, but in this one, it does. So – and we've outreach from 26 countries around the world, who are inquiring when is the drug going to be available.

So, it's a – there's nothing else out there for these patients. The next major thing that we have to do is launch a pediatric study, because a lot of patients are actually diagnosed under the age of 16 and we don't have that in our indication statement today.

## Chris Schott                                                                                        Q
*Analyst, JPMorgan Securities LLC*

Okay. Great. Maybe post-Reata. Can you just talk about financing capacity and as you mentioned before, kind of this new desire to de-risk the pipeline a little bit more, kind of where's the BD focus right now? Is it pipeline versus end market or?

## Christopher A. Viehbacher                                                                          A
*President, Chief Executive Officer & Director, Biogen, Inc.*

Well, we couldn't afford to do another Reata release this year. But, we're generating quite a bit of cash flow every year and we certainly have the capability of doing licensing deals and I'm not sure we need to do another Reata. I

---

# Biogen, Inc. *(BIIB)*
JPMorgan Healthcare Conference

mean, if we found one, I think we would, but I think we're really going to be focused on earlier stage licensing. A lot of our pipeline are ASOs from Ionis and they address huge unmet needs. And again, if they – if successful, each of them, whether it's in Angelman or sporadic ALS, we have another – our ASO for tau is a crown jewel in the pipeline plus we have two molecules for lupus, one with – partnered with UCB and we have our own litifilimab for SLE and CLE.

But there's – Biogen has always been out there on the risk curve, on the development. And we'd like to, to complement the pipeline with more assets in rare diseases and in certain defined areas of immunology. And part of the reason for that is, in most of what we do at Biogen, we can't do a proof-of-concept study. So, we're doing these regulatory studies, these approval studies, lengthy, expensive and have no idea whether they're going to work or not.

And I think what we'd like to do is have parts of our R&D come through a classical drug development chain, where we can do a Phase 2 and assess safety and efficacy before we spend money on the pivotal studies. In rare diseases, I think really fits with our commercial capabilities as well as our scientific capabilities. And Biogen has always been an immunology company. I mean, we've been in MS from sort of the get-go. So, I think, we can expand our pipeline range without having to acquire an awful lot of new capability.

---

### Chris Schott
*Analyst, JPMorgan Securities LLC*

Q

[indiscernible] (00:27:15) tuck-in, kind of centered around those areas etcetera?

---

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

In research, we've hired a new Head of Research with Dr. Jane Grogan. And there again, I think we can do so much more, if you're Biogen – we're in one of the most prolific R&D centers in the world and we've done some collaborations. But I think we're going to be looking to increase the amount of collaborations that we're doing in the Boston Cambridge area. But I think, Jane comes from the West Coast and I'd like to make sure that Biogen is as is present in the West Coast as it is on the East Coast.

---

### Chris Schott
*Analyst, JPMorgan Securities LLC*

Q

Yeah. Great. Maybe just shifting to kind of P&L and base business. Maybe to start with, just thinking about 2024 kind of pushes and pulls, we should keep in mind for the portfolio?

---

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Well I think, a couple of things. One is, remember we did a transaction for $7.5 billion. If we did that two years ago or three years ago, [ph] money was it (00:28:10) didn't cost anything. And so, obviously we had a lot of interest income on the money we had in the bank that we're not going to have this year. So, remember that, when you get below operating income that there's not as much interest income as we did last year. But equally, there are a number of positives.

First is that, we're shifting the revenue mix. So, getting a lot more product revenue and less contract manufacturing revenue, which has a positive accretive benefit on gross margin. The second thing is, we have a huge facility in Switzerland, in Solothurn for the manufacture of LEQEMBI. So, we had an awful lot of idle capacity costs last year that we're not going to have this year.

---

# Biogen, Inc. *(BIIB)*
JPMorgan Healthcare Conference

**C** Corrected Transcript
08-Jan-2024

And then, you have SKYCLARYS, which is a small molecule and has a high gross margin. So, I would say, we're going to have a better gross margin this year. And you're going to see some of the flow through of Fit for Growth flowing through on our OpEx line. So, we're certainly – we targeted 2025 to have OpEx to revenue ratios equal to our peers.

---

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

**Q**

Okay. Okay, great. And when I think about kind of Biogen's trough year into rather – whether it's revenue or EPS, when should we kind of think about that trough hitting and the company kind of heading to growth?

---

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

**A**

We'll give you an update on that Q4.

---

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

**Q**

Okay. Stay tuned. It sounds like there.

---

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

**A**

I think, we have all of the elements to grow now. So, but I don't want to put out a press release today.

---

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

**Q**

Okay. That sounds great. Maybe just one last one. Just touching on the margins again. With the new accounting for LEQEMBI, [ph] yet you (00:29:47) mentioned 2025, gross margins normalizing. What's a reasonable margin to think about for your business looking out 4 to 6 years, as we think about SKYCLARYS ramping, LEQEMBI becoming a bigger contributor, like what does that look like?

---

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

**A**

[ph] Well the Q1 (00:30:01) SG&A roughly around the 20%, 21%, 22%. It all depends on where you are in launch cycles. Obviously, companies that are launching have a little bit lower ratios [ph] somewhat mature (00:30:14) but I think, if we're over time around the 20% and R&D around 20%. So, you got kind of a total OpEx to revenue ratio of 40%. The one thing, I would say in a company like Biogen, my days at Sanofi, we always were focused on this 15%. I think, Biogen has a much higher scientific level than most companies. I wouldn't want to constrain our R&D budget, if we actually find projects. I think we've established a lot of discipline and that, if we're going to invest, there's going to – we think that we've got a real discipline to make sure [ph] that only things (00:30:50) that make sense are going forward.

So that could increase, but then, we would have to demonstrate that there's value creation there. But I wouldn't want to campus on that. But otherwise, I think, if we can get to that, then we'll have a bottom line that is comparable to our peers.

---

## Biogen, Inc. *(BIIB)*
JPMorgan Healthcare Conference

**C** Corrected Transcript

08-Jan-2024

### Chris Schott
*Analyst, JPMorgan Securities LLC*

Q

Yeah, yeah. That's helpful. A couple other quick ones. Biosimilar business. Just update on that process of where you are and how that fits in the portfolio?

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*


A

Yeah, we'll have another update on that in Q4. That – it's a bit of a complicated business because we sold the equity in the joint venture last year at a very good price. And we have all the distribution rights for Samsung in Europe. And we have our own proprietary biosimilars that we're launching in the US. And so, we're in discussions with a number of parties about that. But it is – it's kind of a complicated business to do, but it's quite – but we don't, I think it's not necessarily core to provide that.

### Chris Schott
*Analyst, JPMorgan Securities LLC*

Q

Okay. So, the goal is to just maybe a better owner for that business than Biogen. Another one just on ADUHELM. Just update, in terms of Biogen's decision, where you go with that product?

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Yeah. I like to say that's kind of one of the hardest business problems I've almost ever confronted. You've got a product that clearly works, but the studies to finish the confirmatory studies is pretty significant. And the question is and by the time you get there, what's the market going to look like? And so, we are actually in discussion with outside parties and outside financial interests and we're coming to the conclusion of that. And we'll give you an update of that in the Q4 earnings, too.

### Chris Schott
*Analyst, JPMorgan Securities LLC*

Q

Okay, great. A couple other ones. R&D pipeline, I think you've mentioned a couple before. But I guess, what do you see as the major opportunities in the pipeline and what should we be paying most attention to?

### Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Well, one is litifilimab, which is actually homegrown asset. Lupus is a huge opportunity, but it's been a very complex target. I was at GSK, when we developed BENLYSTA, so, I know this disease pretty well [ph] what is interesting (00:33:05) what I particularly like, it has a cutaneous lupus and part of the problem of lupus is, you've got numerous organs involved. And I think on the skin side that we might have a little bit more success. Certainly, we are getting inbound interest on that product. So, that tells me that we're not just believing in our own optimism here.

I think, the ASO for tau is extremely important. What really started the whole ADUHELM, LEQEMBI progression was a study that Biogen did 10 years ago called PRIME. And it was in that Phase 1 study where we actually were able to demonstrate for the first time a benefit on cognition. And I think, if anything, we've seen even more promising data, it's all very early and we're in a Phase 2 that is ongoing. But if you look at tau, tau determines the severity of Alzheimer. And we've been able to demonstrate that we can knock down tau [ph] antibodies have not (00:34:05) because it seems like you have to act intracellularly. So, the ASO is very good for that. And I think that

# Biogen, Inc. *(BIIB)*
## JPMorgan Healthcare Conference

Corrected Transcript
08-Jan-2024

could be another major market in Alzheimer's. The complementarity between reducing amyloid plaque and reducing tau makes an awful lot of sense over time. So, I think that one is one to watch, but we'll have data in the first half on ASO for Angelman's. We'll have some data on the sporadic ALS for ASO as well.

So, we've got a number of things that – and we have also completed another study in lupus. We have a product in collaboration with UCB, Phase 3 has completed enrollment and we'll have data on that Phase 3 in about midyear.

---

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

**Q**

On the tau program, what's the next update, we should kind of think about for that one?

---

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

**A**

Probably looking at an interim analysis, but it's probably another year or two away, about two years away Priya?

---

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

**Q**

Yes...

---

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

**A**

...it's two years.

---

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

**Q**

Two years. Maybe just the last topic here. Just on...

---

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

**A**

...it's always good to put your Head of R&D under a little pressure in these meetings.

---

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

**Q**

[indiscernible] (00:35:15) On ZURZUVAE. Can you just talk a little bit about just [ph] new information (00:35:20) for how the launch is going and just expectations for the first year for that one?

---

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

**A**

[ph] The interesting thing is (00:35:25) expectations are quite low, but when you look at it, the unmet need is phenomenal. Only a fraction of women are being treated for this and it's devastating. And what was amazing is when ZURZURVAE got approved, we had this unprecedented media wave. I mean, it's been in Time magazine, on CBS, something like 5 billion media impressions. And I think, what I'm hearing from our US team is essentially, we're at the crossroads of two major societal trends on women's health and mental health.

And so, actually there's a huge amount of resonance that we need to help women with this condition. Help to displace some of the taboos around this and actually provide a treatment that can act quickly. This this onset

---

# Biogen, Inc. (BIIB)
## JPMorgan Healthcare Conference

C Corrected Transcript

08-Jan-2024

within three days could be quite important for women who are trying to cope with new children and feeling guilty about this.

So, we have -- we've come up with a commercial plan which I think recognizes that, we have to build this market and we can do this profitably. But I actually think, I would actually think that ZURZURVAE is probably an underestimated opportunity because I think there's upside here.

---

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

Q

And you think PPD-only indication is – can be a profitable business for Biogen?

---

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

I think it can be.

---

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

Q

Okay. Excellent. Maybe just to wrap-up here in the last minute or two, just as I think – as you walked through some of the pipeline. But if we look at catalysts for 2024, what are you most focused on or kind of updates that we should be watching most closely?

---

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Well, clearly LEQEMBI.

---

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

Q

Yeah.

---

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

A

Although LEQEMBI obviously is not profitable this year, but it is a major growth opportunity. SKYCLARYS will really be driving an awful lot of operating revenue as well as top line revenue. And obviously, the cost savings on Fit for Growth. And I think people could be surprised potentially by the gross margin. I think we're going to do better. So, we'll be giving update on guidance for the year at Q4. But like I said, I think we're in a much better place than we were a year ago. But we clearly recognize, we now have to pull this through and execute.

---

**Chris Schott**
*Analyst, JPMorgan Securities LLC*

Yeah. Well, thanks again for the discussion today. You made a lot of progress in the first year.

---

**Christopher A. Viehbacher**
*President, Chief Executive Officer & Director, Biogen, Inc.*

Thanks, Chris.

---


## Chris Schott
*Analyst, JPMorgan Securities LLC*

Yeah. Thanks again for joining us.

---

## Christopher A. Viehbacher
*President, Chief Executive Officer & Director, Biogen, Inc.*

Appreciate it.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2024 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

