# EXHIBIT 23

