# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCES CLARITY STOKES and THOMAS ALLEN GRAY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>BIOGEN INC., CHRISTOPHER A. VIEHBACHER, MICHAEL VOUNATSOS, MICHAEL R. MCDONNELL, and PRIYA SINGHAL,<br><br>        Defendants. | Case No. 1:24-cv-12691-IN |

### DECLARATION OF JUSTIN D'ALOIA IN SUPPORT
### OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
### DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

I, Justin D'Aloia, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner at Pomerantz LLP, counsel for court-appointed lead plaintiff Frances Clarity Stokes ("Lead Plaintiff") and additional plaintiff Thomas Allen Gray (collectively, with Lead Plaintiff, "Plaintiffs"), and I am admitted *pro hac vice* to appear before the Court as counsel for Plaintiffs in the above-captioned action (the "Action"). I have personal knowledge of the matters set forth herein and, if called upon, would testify thereto. I submit this Declaration in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss the Amended Complaint.

2.      Attached as Exhibit 1 is a true and correct copy of an excerpts from the annual report for the year ended December 31, 2020, filed by Biogen Inc. ("Biogen") on Form 10-K with the U.S. Securities and Exchange Commission ("SEC") on February 2, 2021. Exhibit 1 has been excerpted due to length. A complete copy will be provided if requested by the Court.

1

3.    Attached as Exhibit 2 are true and correct copies of statements filed with the SEC by Defendant Christopher Viehbacher on Form 3 and Form 4 on November 21, 2022, December 1, 2022, and February 7, 2024.

4.    Attached as Exhibit 3 are true and correct copies of statements filed with the SEC by Defendant Michael McDonnell on Form 4 on September 3, 2021, February 23, 2022, September 6, 2022, February 14, 2023, February 22, 2023, September 6, 2023, February 9, 2024, February 13, 2024, February 21, 2024.

5.    Attached as Exhibit 4 is a demonstrative chart summarizing the executive compensation allegations set forth in paragraphs 384-90 of the Amended Class Action Complaint for Violations of the Federal Securities Laws filed in the Action by Plaintiffs.

I declare, under penalty of perjury under the laws of the United States, that the foregoing facts are true and correct.

Executed this 21st day of April, 2025, at New York, New York.

*/s/ Justin D. D'Aloia*

Justin D. D'Aloia

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2025, a true and correct copy of the foregoing ***DECLARATION OF JUSTIN D'ALOIA IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT*** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Justin D'Aloia*