# EXHIBIT 1

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# Form 10-K

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2020**

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**Commission file number: 0-19311**

**Biogen.**

# BIOGEN INC.

*(Exact name of registrant as specified in its charter)*

| **Delaware** | **33-0112644** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

**225 Binney Street, Cambridge, MA 02142**
**(617) 679-2000**
*(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)*

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of Each Class** | **Trading Symbol(s)** | **Name of Each Exchange Where Registered** |
|---|---|---|
| **Common Stock, $0.0005 par value** | **BIIB** | **The Nasdaq Global Select Market** |

**Securities registered pursuant to Section 12(g) of the Act:**
**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes x        No o

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes o        No x

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes x        No o

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes x        No o

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. x

| | | |
|---|---|---|
| Large accelerated filer | x | Accelerated filer ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company ☐ |
| | | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).    Yes ☐        No x

The aggregate market value of the registrant's common stock held by non-affiliates of the registrant (without admitting that any person whose shares are not included in such calculation is an affiliate) computed by reference to the price at which the common stock was last sold as of the last business day of the registrant's most recently completed second fiscal quarter was $42,102,640,463.

As of February 2, 2021, the registrant had 152,335,731 shares of common stock, $0.0005 par value, outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the definitive proxy statement for our 2021 Annual Meeting of Stockholders are incorporated by reference into Part III of this report.

**BIOGEN INC.**
**ANNUAL REPORT ON FORM 10-K**
**For the Year Ended December 31, 2020**
**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 1 |
| Item 1A. | Risk Factors | 33 |
| Item 1B. | Unresolved Staff Comments | 47 |
| Item 2. | Properties | 47 |
| Item 3. | Legal Proceedings | 48 |
| Item 4. | Mine Safety Disclosures | 48 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 49 |
| Item 6. | Selected Financial Data | 51 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 52 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 80 |
| Item 8. | Financial Statements and Supplementary Data | 82 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 82 |
| Item 9A. | Controls and Procedures | 82 |
| Item 9B. | Other Information | 83 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 84 |
| Item 11. | Executive Compensation | 84 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 84 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 84 |
| Item 14. | Principal Accountant Fees and Services | 84 |
| **PART IV** | | |
| Item 15. | Exhibits and Financial Statement Schedules | 85 |
| Item 16. | Form 10-K Summary | 85 |
| Signatures | | 89 |
| Consolidated Financial Statements | | F- 1 |

## Results of Operations

### Revenues

Revenues are summarized as follows:

| | | | | | % Change | | $ Change | |
|---|---|---|---|---|---|---|---|---|
| | For the Years Ended December 31, | | | | 2020 vs. 2019 | 2019 vs. 2018 | 2020 vs. 2019 | 2019 vs. 2018 |
| (In millions, except percentages) | 2020 | | 2019 | 2018 | | | | |
| Product revenues, net: | | | | | | | | |
| United States | $ 5,900.1 | $ | 6,713.8 | $ 6,800.5 | (12.1)% | (1.3)% | $ (813.7) | $ (86.7) |
| Rest of world | 4,792.1 | | 4,666.0 | 4,086.3 | 2.7 | 14.2 | 126.1 | 579.7 |
| Total product revenues, net | 10,692.2 | | 11,379.8 | 10,886.8 | (6.0) | 4.5 | (687.6) | 493.0 |
| Revenues from anti-CD20 therapeutic programs | 1,977.8 | | 2,290.4 | 1,980.2 | (13.6) | 15.7 | (312.6) | 310.2 |
| Other revenues | 774.6 | | 707.7 | 585.9 | 9.5 | 20.8 | 66.9 | 121.8 |
| Total revenues | $ 13,444.6 | $ | 14,377.9 | $ 13,452.9 | (6.5)% | 6.9 % | $ (933.3) | $ 925.0 |

### Product Revenues

Product revenues are summarized as follows:

| | | | | | % Change | | $ Change | |
|---|---|---|---|---|---|---|---|---|
| | For the Years Ended December 31, | | | | 2020 vs. 2019 | 2019 vs. 2018 | 2020 vs. 2019 | 2019 vs. 2018 |
| (In millions, except percentages) | 2020 | | 2019 | 2018 | | | | |
| Multiple Sclerosis (MS): | | | | | | | | |
| Fumarate* | $ 3,905.4 | $ | 4,438.2 | $ 4,274.1 | (12.0)% | 3.8 % | $ (532.8) | $ 164.1 |
| Interferon** | 1,877.5 | | 2,101.8 | 2,363.0 | (10.7) | (11.1) | (224.3) | (261.2) |
| TYSABRI | 1,946.1 | | 1,892.2 | 1,864.0 | 2.8 | 1.5 | 53.9 | 28.2 |
| FAMPYRA | 103.1 | | 97.1 | 92.7 | 6.2 | 4.7 | 6.0 | 4.4 |
| ZINBRYTA | — | | — | 1.4 | — | nm | — | (1.4) |
| Subtotal: MS product revenues | 7,832.1 | | 8,529.3 | 8,595.2 | (8.2) | (0.8) | (697.2) | (65.9) |
| Spinal Muscular Atrophy: | | | | | | | | |
| SPINRAZA | 2,052.1 | | 2,097.0 | 1,724.2 | (2.1) | 21.6 | (44.9) | 372.8 |
| Biosimilars: | | | | | | | | |
| BENEPALI | 481.6 | | 486.2 | 485.2 | (0.9) | 0.2 | (4.6) | 1.0 |
| IMRALDI | 216.3 | | 184.0 | 16.7 | 17.6 | nm | 32.3 | 167.3 |
| FLIXABI | 97.9 | | 68.1 | 43.2 | 43.8 | 57.6 | 29.8 | 24.9 |
| Subtotal: Biosimilar product revenues | 795.8 | | 738.3 | 545.1 | 7.8 | 35.4 | 57.5 | 193.2 |
| Other: | | | | | | | | |
| FUMADERM | 12.2 | | 15.2 | 22.3 | (19.7) | (31.8) | (3.0) | (7.1) |
| Total product revenues, net | $ 10,692.2 | $ | 11,379.8 | $ 10,886.8 | (6.0)% | 4.5 % | $ (687.6) | $ 493.0 |

*Fumarate includes TECFIDERA and VUMERITY. VUMERITY became commercially available in the U.S. in November 2019.
**Interferon includes AVONEX and PLEGRIDY.
nm Not meaningful.

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**BIOGEN INC.**

By:     /S/    MICHEL VOUNATSOS

Michel Vounatsos
Chief Executive Officer

Date: February 3, 2021

89

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Name | Capacity | Date |
|---|---|---|
| /s/  MICHEL VOUNATSOS<br>Michel Vounatsos | Director and Chief Executive Officer<br>(principal executive officer) | February 3, 2021 |
| /s/  MICHAEL R. MCDONNELL<br>Michael R. McDonnell | Executive Vice President and Chief Financial Officer<br>(principal financial officer) | February 3, 2021 |
| /s/  ROBIN C. KRAMER<br>Robin C. Kramer | Senior Vice President, Chief Accounting Officer<br>(principal accounting officer) | February 3, 2021 |
| /s/  STELIOS PAPADOPOULOS<br>Stelios Papadopoulos | Director and Chairman of the Board of Directors | February 3, 2021 |
| /s/  ALEXANDER J. DENNER<br>Alexander J. Denner | Director | February 3, 2021 |
| /s/  CAROLINE D. DORSA<br>Caroline D. Dorsa | Director | February 3, 2021 |
| /s/  WILLIAM A. HAWKINS<br>William A. Hawkins | Director | February 3, 2021 |
| /s/  NANCY L. LEAMING<br>Nancy L. Leaming | Director | February 3, 2021 |
| /s/  JESUS B. MANTAS<br>Jesus B. Mantas | Director | February 3, 2021 |
| /s/  RICHARD C. MULLIGAN<br>Richard C. Mulligan | Director | February 3, 2021 |
| /s/  ROBERT W. PANGIA<br>Robert W. Pangia | Director | February 3, 2021 |
| /s/  BRIAN S. POSNER<br>Brian S. Posner | Director | February 3, 2021 |
| /s/  ERIC K. ROWINSKY<br>Eric K. Rowinsky | Director | February 3, 2021 |
| /s/  STEPHEN A. SHERWIN<br>Stephen A. Sherwin | Director | February 3, 2021 |