# EXHIBIT 4

**Executive Compensation Tied to Stock Price,**
**Earnings and Revenue, and Key Initiatives**

| Breakdown of Non-Stock Compensation |
| :---: |
| (As a % of all Non-Stock Compensation) |

|  | Earnings and Revenue | MS Drugs | AD Drugs |
| :---: | :---: | :---: | :---: |
| **2020** | 40% | 15% | -- |
| **2021** | 50% | 5% | 15% |
| **2022** | 66% | -- | 10% |
| **2023** | 66% | -- | 5% |

Source: AC ¶¶ 385-89

| Breakdown of Stock and Non-Stock Compensation |
| :---: |
| Tied to Stock Price, Earnings and Revenue, and Key Initiatives |
| (As a % of all Executive Compensation) |

|  | Stock Price, Earnings and Revenue + MS Goals | |
| :--- | :---: | :---: |
|  | **2020** | **2021** |
| **Vounatsos** | 85% | 88% |
| **McDonnell** | 93% | 79% |

|  | Stock Price, Earnings and Revenue + AD Goals | |
| :--- | :---: | :---: |
|  | **2022** | **2023** |
| **Viehbacher** | 99% | 42% |
| **McDonnell** | 84% | 82% |

Source: AC ¶¶ 385-90