**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| FRANCES CLARITY STOKES and THOMAS ALLEN GRAY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:24-cv-12691 |
| BIOGEN INC., CHRISTOPHER A. VIEHBACHER, MICHEL VOUNATSOS, MICHAEL R. MCDONNELL, and PRIYA SINGHAL, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**SUPPLEMENTAL DECLARATION OF JESSICA LEWIS IN SUPPORT OF**
**DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Jessica Lewis, hereby declare under penalty of perjury as follows:

1.     I am a partner with the firm Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Biogen Inc. ("Biogen"), Christopher A. Viehbacher, Michel Vounatsos, Michael R. McDonnell, and Priya Singhal and the above-captioned matter.  I am an attorney licensed to practice in the Commonwealth of Massachusetts.  I am over the age of eighteen and have personal knowledge of, and am competent to testify about, the factual matters asserted herein.  If called as a witness, I could and would competently testify thereto.  I submit this Supplemental Declaration in support of Defendants' Reply Brief in Support of Their Motion to Dismiss the Amended Complaint.

2.     Attached as Exhibit 27 (Doc. No. 56-1) is a true and correct copy of an article published in *STAT+* entitled *Death of Patient in Closely Watched Alzheimer's Raises Concern About Risk for Some Groups*, dated October 28, 2022, which is quoted at ¶ 201 of Lead Plaintiffs'

1

First Amended Class Action Complaint (the "Complaint").[1]

3.       Attached as Exhibit 28 (Doc. No. 56-2) is a true and correct copy of an article published in *ScienceInsider* entitled *Second Death Linked to Potential Antibody Treatment for Alzheimer's Disease*, dated November 27, 2022, which is quoted at ¶ 202 of the Complaint.[2]

4.       Attached as Exhibit 29 (Doc. No. 56-3) is a true and correct copy of an article published in *ScienceInsider* entitled *Scientists Tie Third Clinical Trial Death to Experimental Alzheimer's Drug*, dated December 21, 2022, which is quoted at ¶ 207 of the Complaint.

5.       Attached as Exhibit 30 (Doc. No. 56-4) is a true and correct copy of the transcript from Biogen's February 13, 2024 Earnings Call for the Quarterly and Annual Periods Ended December 31, 2023, which is quoted at ¶¶ 223, 313, and 324–25 of the Complaint.[3]

6.       Attached as Exhibit 31 (Doc. No. 56-5) is a true and correct copy of the FDA Approval Package for Leqembi with respect to Application Number 761269Orig1s001, dated July 6, 2023.  The FDA's evaluation of Leqembi for approval and its announcement of the full approval of Leqembi are referenced at ¶¶ 168, 176, and 179–80 of the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of May, 2025, in Palo Alto, California.

/s/ *Jessica Lewis*
Jessica Lewis

---

[1] The Complaint provides the publication date as October 29, 2022.  *See* AC ¶ 201.

[2] The Complaint states that this article was published by *Science*, which runs the *ScienceInsider* publication.  *See* AC ¶ 202.

[3] The Complaint incorrectly states that the statements made by Defendants during this conference call were made on November 8, 2024.  *See* AC ¶¶ 222-23.