# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANCES CLARITY STOKES and THOMAS ALLEN GRAY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIOGEN INC., CHRISTOPHER A. VIEHBACHER, MICHEL VOUNATSOS, MICHAEL R. MCDONNELL, and PRIYA SINGHAL,<br>Defendants. | Civil Action No. 1:24-cv-12691 |

## NOTICE OF SUPPLEMENTAL AUTHORITY
## IN OPPOSITION TO MOTION TO DISMISS

Court-appointed lead plaintiff Frances Clarity Stokes and additional plaintiff Thomas Allen Gray ("Plaintiffs") respectfully submit this notice of supplemental authority to apprise the Court of the Opinion and Order entered yesterday in *In re Tecfidera Antitrust Litigation*, No. 24-cv-7387 (N.D. Ill.) (the "*Tecfidera Antitrust Litigation*"), a copy of which is attached as Exhibit A.

In support of their Motion to Dismiss (ECF No. 48), Defendants argued that Plaintiffs failed to plead that Biogen's brand-over-generic rebate contracts with pharmacy benefit managers for Tecfidera were unlawful. In response, Plaintiffs demonstrated that it was unnecessary to do so to establish that the statements at issue were false or misleading and, in any event, they adequately alleged violations of Sections 1 and 2 of the Sherman Act and Section 2(c) of the Robinson-Patman Act ("RPA"). Plaintiffs also pointed out that Biogen was actively defending claims that the same practices violated those very laws in the *Tecfidera Antitrust Litigation*. In the Opinion and Order entered yesterday, Judge April M. Perry held that the health plan payers who brought suit

adequately alleged violations of Sections 1 and 2 of the Sherman Act and Section 2(c) of the RPA on nearly identical allegations as those here and denied Biogen's motion to dismiss in its entirety.

A related case was recently brought against Biogen for violations of the same antitrust laws by wholesalers who bought Tecfidera directly from Biogen for resale. *See Walgreen Co. v. Biogen, Inc.*, No. 25-cv-11680 (N.D. Ill.). On January 28, 2026, Judge Perry entered an order that an oral ruling on Biogen's pending motion to dismiss would be issued on February 11, 2026.

Dated: January 29, 2026

Respectfully submitted,

POMERANTZ LLP

 /s/ Justin D. D'Aloia
Jeremy A. Lieberman
Justin D. D'Aloia
Guy Yedwab (admission pending)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
jdaloia@pomlaw.com
guyyedwab@pomlaw.com

Brian Schall
William Brody
The Schall Law Firm
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com
wbrody@schallfirm.com

*Counsel for Plaintiffs and Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I certify that on January 29, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF method, which filing electronically served all counsel of record thereby.

/s/ Justin D. D'Aloia
Justin D. D'Aloia