UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCIS CLARITY STOKES and THOMAS ALLEN GRAY, individually and on behalf of all other similarly situated, | * <br> * <br> * <br> * |
| Plaintiffs, | * <br> * |
| v. | *      Civil Action No. 1:24-cv-12691-IT <br> * |
| BIOGEN INC., CHRISTOPHER A. VIEHBACHER, MICHEL VOUNATSOS, MICHAEL R. MCDONNELL, and PRIYA SINGHAL, | * <br> * <br> * <br> * <br> * |
| Defendants. | * <br> * |

ORDER OF DISMISSAL

March 27, 2026

TALWANI, D.J.

Pursuant to the court's March 26, 2026 Memorandum & Order [Doc. No. 73] granting

Defendants' Motion to Dismiss Amended Complaint [Doc. No. 48], Plaintiffs' Amended

Complaint [Doc. No. 43] is dismissed. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge