## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

FRANCES CLARITY STOKES and
THOMAS ALLEN GRAY, individually and
on behalf of all others similarly situated,

Plaintiffs,

v.

BIOGEN INC., CHRISTOPHER A.
VIEHBACHER, MICHAEL VOUNATSOS,
MICHAEL R. MCDONNELL, and PRIYA
SINGHAL,

Defendants.

Case No. 1:24-cv-12691-IN

## NOTICE OF APPEAL

Notice is hereby given that Court-appointed lead plaintiff Frances Clarity Stokes and additional plaintiff Thomas Allen Gray, the plaintiffs in the abovenamed matter, appeal to the United States Court of Appeals for the First Circuit from the dismissal entered in this action on March 27, 2026.

Dated:  April 27, 2026

Respectfully submitted,

*/s/ Justin D. D'Aloia*
Jeremy A. Lieberman (*pro hac vice*)
Justin D. D'Aloia (*pro hac vice*)
Emily C. Finestone (BBO # 693684)
Guy Yedwab (*pro hac vice*)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com

jdaloia@pomlaw.com
efinestone@pomlaw.com
guyyedwab@pomlaw.com

Brian Schall
THE SCHALL LAW FIRM
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Counsel for Plaintiffs and Lead Counsel
for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, I caused a copy of this Notice of Appeal to be served by mailing a copy of the same to Erika M. Schutzman and Timothy J. Perla, Wilmer Culter Pickering Hale and Dorr LLP, 60 State Street, Boston, MA, 02109; Jessica L. Lewis, Wilmer Cutler Pickering Hale and Dorr LLP, 2600 El Camino Real, Suite 400, Palo Alto, CA, 94306; and Michael G. Bongiorno, Wilmer Culter Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007.

Date: April 27, 2026                         /s/ Justin D. D'Aloia
                                             Justin D. D'Aloia