# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:  Gray v. Biogen Inc. et al

District Court Number:  24cv12691-IT

Fee:    Paid?   Yes __X__   No _____   Government filer _____   *In Forma Pauperis* Yes _____   No _____

Motions Pending      Yes _____ No __X__          Sealed documents      Yes __X__ No _____
*If yes, document #*  _____          *If yes, document #*      30_____

*Ex parte* documents   Yes _____ No __X__         Transcripts           Yes __X__ No _____
*If yes, document #*  _____          *If yes, document #*      69_____

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent _____   Other: _____

Appeal from:

## #73 Memorandum and Order, #74 Order of Dismissal
Other information:

        I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #73, #74, and #75
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # ___75_____ filed on __April 27, 2026_____.

        In testimony whereof, I hereunto set my hand and affix the seal of this Court on __April 28, 2026____.

                                **ROBERT M. FARRELL**
                                Clerk of Court


                                 /s/Matthew A. Paine_____
                                Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**